***State of Rhode Island and Providence Plantations***
***Department of Corrections***
***Intake Service Center***

**To:** **A.T. Wall, Director**

**From: Deputy Warden David Caruso**

**Date: January 19, 2005**

**Subject: Inmate Oliver Lyons, ID# 91073**

---

An investigation to Oliver Lyons, ID# 91073 has ensued regarding complaints of insufficient access to legal materials. Mr. Lyons is well aware of the procedure to obtaining law books and/or material(s). All he needs to do is request via Officer Delaney or whoever the Second Floor Corridor South Officer is and the law cart will be brought to the segregation unit so he may retrieve the material(s) or books requested.

Mr. Lyons was asked to produce copies of the request forms that he has allegedly submitted. He did not have any requests, nor could he be specific about the materials requested.

Cc: Oliver Lyons
Assistant Director, Jake Gadsden
Lt. Bartholomy
Officer Delaney

**State of Rhode Island and Providence Plantations**
**Department of Corrections**
**OFFICE OF THE DIRECTOR**

**TO:** David Caruso, Deputy Warden
Intake Service Center

**FROM:** A.T. Wall
Ashbel T. Wall, II, Director

**DATE:** March 22, 2005

**SUBJECT: INMATE OLIVER S. LYONS, ID# 091073**

I am enclosing copies of Mr. Lyons' 03/20/05 letter to me and numerous Request Forms addressed to Lt. Barney, C/O Raposa, and another C/O (illegible).

Mr. Lyons' concerns/complaints involve access to legal materials, reading material, showers, outdoor recreation, and being locked down before being found not guilty of an infraction.

Please respond to Mr. Lyons, in writing, addressing each of his complaints, and send an informational copy of your response to me.

Thank you for your attention to this matter.

Enclosures

cc: J. Gadsden
Inmate Lyons, ISC
Response Pending File

**Inmate Id: 0091073** **Inmate Name: OLIVER S LYONS** **Sec: ISC**

Incarceration No: 0091073 Area/Cell: L 14B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No: 0000027231**

Infraction Date/Time: 2/09/2005 09:45:00 Infraction Sec: ISC

Charging Staff Member: Langlois

Place Of Infraction: ISC Place Of Booking: Providence Superior Court

ORIGINAL- Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Filed Date/Time: 2/10/2005 13:32:36 Inmate Demeanor: DECEITFUL

**Infraction Narrative:**

While at Providence Superior Court, Inmate Lyons presented a hand written note to Judge K rause, and alledge that he received the note from a Correctioanl Officer, who wrote the n ote to assist him being Lyons with his Trial. The Judge instructed me to investigate. Upo n doing so I was able to determine that Inmate Lyons wrote the note himself, this delayed court proceedings for three hours.

Witnesses: NONE

**S.O. REVIEW:** **READ BY:** Mitsmenn

Inform Date: 02/11/2005 20:40:00 Hearing Date: 02/14/2005 13:00:00

Demeanor: ARGUMENTATIVE Inmate Plea: GUILTY W/EXPLANATION

Status AWT Hear: LFI Waive 24 Notice: NO

Req Rep Present: YES Req Witness: NO

Witnesses: NONE

**Inmate's Statement:**
I don't have a booking and don't want to leave my cell for one to be read to me. (Inmate refuses to have booking read to him).

**Superior's Comments:**
Valid booking, warrants hearing. Inmate refuses to have booking read to him.

**Inmate Id:** 0091073 **Inmate Name:** OLIVER S LYONS **Sec:** ISC

Incarceration No: 0091073 Area/Cell: L 14B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No:** 000002731

**HEARING:**

Hearing Date: 2/14/2005 15:44:57 Offender's Plea: NOT GUILTY

Rep Counselor: Ward

Req Witness: NO Waive 24 Notice: NO

**Offender Statement:**
Officer Distaso wrote the note, I gave the note to the Judge.

**Witness(s) Statement:**
C/O Distaso: That is my writing and I put that on a paper towel and gave it to inmste Lyons.

**Officer's Statement:**
Not Guilty, based on the Oficer testimony.

**Finding:** NOT GUILTY **Class. Review:** NO **Req Ward Review:** NO

Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Hearing Off. Sig: Paquette