[redacted] 05 433ML

Court Clerk
United States District Court
One Exchange Terrace
Providence, Rhode Island 02903

Date October 12, 05

Dear Clerk

Please find enclosed two copies of my Complaint that I would ask to be filed and assigned to a Justice if it is found to have merit under a 42 U.S.C 1983 Civil action

I am indigent and enclosed documentation.

Could you please send me a Notice of Complaint form and a waiver of summons form?

Sincerely
Plaintiff Pro Se
[signature]
P.O. Box 8249
Cranston Rhode Island 02920

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☒ for determination
☐ ____
Mary M. Lisi, U.S. District Judge
Date: 10/19/05

**ORDER**

Plaintiff's Motion For In Forma Pauperis is GRANTED.

[signature]

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: October 19, 2005

SCANNED

Rhode Island Department of Corrections

Inmate Account History

ID#: 91073

Name: LYONS, OLIVER S

Date of birth: 1950-01-01

Location: ISC - L - 17B

Balances as of 10/12/2005:

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 0.00 | -2,199.52 | 0.00 | -2,199.52 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances: Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 1/17/2002 | RCVFWD | BALANCE FORWARD AT CONVERSION | 683.36 | 0.00 | 683.36 | 0.00 |
| 3/11/2002 | RESTITUTION | HSC/SHEETS(2) | 6.40 | 0.00 | 689.76 | 0.00 |
| 3/11/2002 | RESTITUTION | HSC/MATTRESS | 45.00 | 0.00 | 734.76 | 0.00 |
| 3/25/2002 | LEGAL COPY | LOGAL COPIES | 0.45 | 0.00 | 735.21 | 0.00 |
| 3/29/2002 | MEDICAL | RX VIS HSC | 2.00 | 0.00 | 737.21 | 0.00 |
| 7/5/2002 | LEGAL COPY | LEGAL COPY | 0.50 | 0.00 | 737.71 | 0.00 |
| 8/30/2002 | POSTAGE | POSTAGE | 0.83 | 0.00 | 738.54 | 0.00 |
| 8/30/2002 | RESTITUTION | HSC/MATTRESS,ELECT,ETC. | 703.60 | 0.00 | 1,442.14 | 0.00 |
| 8/30/2002 | RESTITUTION | VOID-HSC/MATTRESS,ELECT,ETC. | -703.60 | 0.00 | 738.54 | 0.00 |
| 8/30/2002 | RESTITUTION | HSC/MATTRESS,ELECT., ETC. | 748.60 | 0.00 | 1,487.14 | 0.00 |
| 9/13/2002 | LEGAL COPY | LEGAL COPIES | 2.75 | 0.00 | 1,489.89 | 0.00 |
| 11/29/2002 | MEDICAL | RX PRO HS | 10.00 | 0.00 | 1,499.89 | 0.00 |
| 11/29/2002 | MEDICAL | RX VIS HS | 2.00 | 0.00 | 1,501.89 | 0.00 |
| 1/24/2003 | LEGAL COPY | LEGAL COPIES | 18.15 | 0.00 | 1,520.04 | 0.00 |
| 5/19/2003 | RESTITUTION | FOOD TRAY | 42.00 | 0.00 | 1,562.04 | 0.00 |
| 5/30/2003 | RESTITUTION | HSC/INTERIOR CELL WINDOW | 98.00 | 0.00 | 1,660.04 | 0.00 |
| 6/27/2003 | RESTITUTION | HSC/FOOD TRAY | 42.00 | 0.00 | 1,702.04 | 0.00 |
| 7/22/2003 | RESTITUTION | HSC/PILLOW | 5.63 | 0.00 | 1,707.67 | 0.00 |
| 9/2/2003 | LEGAL COPY | MEDIUM LEGAL COPIES | 3.45 | 0.00 | 1,711.12 | 0.00 |
| 12/30/2003 | MED COPY | MED COPIES 12-15-03 | 52.80 | 0.00 | 1,763.92 | 0.00 |
| 1/16/2004 | RESTITUTION | HSC/SPORK | 0.25 | 0.00 | 1,764.17 | 0.00 |
| 2/9/2004 | LEGAL COPY | BERN. LAW LIB. JANUARY | 3.70 | 0.00 | 1,767.87 | 0.00 |
| 3/25/2004 | MEDICAL | MEDS HSC 03-09-2004 | 2.00 | 0.00 | 1,769.87 | 0.00 |
| 4/16/2004 | MED COPY | MED COPY 3-3-04 | 6.25 | 0.00 | 1,776.12 | 0.00 |
| 4/23/2004 | LEGAL COPY | LEGAL COPIES HS 4-04 | 5.80 | 0.00 | 1,781.92 | 0.00 |
| 5/6/2004 | MEDICAL | PRO HSC 04-01-2004 | 10.00 | 0.00 | 1,791.92 | 0.00 |
| 5/12/2004 | LEGAL COPY | LEGAL COPIES FOR APRIL 4-23 H S | 1.70 | 0.00 | 1,793.62 | 0.00 |
| 5/25/2004 | MEDICAL | MEDS HSC 05-19-2004 | 3.00 | 0.00 | 1,796.62 | 0.00 |

Due to computer posting the 'Balances as of 10/12/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.