United States District Court
For The District Of Rhode Island

Lyons
V
A T Wall Etal

Motion For Injunctive Relief and Restraining Order On The named Defendants

Pursuant to Rule 65 of The Fed R Of Civ Pro a and b.

The Plaintiff filed a Complaint with the Court on October 12, 05

While the Defendant was cuffed behind his back on recreation and about to enter his cell on October 12, 05 the Plaintiff was confronted by Defendants Lombardi and Barney.

Defendant Lombardi grabbed the Plaintiff by the throat and Defendant Barney took out gas. Defendant Lombardi said "You are going to stop writing the Director and the Courts do you understand me?" Defendant Lombardi said F--k your Complaint

Defendant Lombardi then entered 2 my cell while Defendant Barney held a can of gas at me.
Defendant Lombardi threw my Complaint in the toilet after ripping it in half and threw Director A T Walls letter in the toilet and then Defendant Lombardi took out all my legal materials and put them all together on the top bunk in a big pile.
Defendant Lombardi didn't know I mailed my Complaint 3 hours before.
Defendant Lombardi then ran the Plaintiff into the cell wall cutting the Plaintiffs forehead and bruising his cheek bone.
Defendant Barney then ordered me to the cell door trap and the Plaintiff was told to stick his hand through the trap or be gassed.
When the Plaintiff complied Defendant Lombardi removed one cuff and then

pulled on the Plaintiffs other cuff twisting pulling telling me he "would break my f-- king arm.

Defendant Lombardi was then ordered by Defendant Barney to remove the other cuff. The Plaintiffs wrists and elbow were cut as well as a cut on his forehead and bruised cheek.

I was lefted without medical treatment.

Then the 3-11 nurse came with Defendant Raposa and I showed the nurse my injuries and took my medication.

Defendant Raposa told the nurse "you don't do shit for him fu-k him"

Another inmate kicked his door and a LT Kabbas came and took me to the Doctor.

LT Kabbas took pictures of my injuries and sealed my cell per D.O.C. policy after an assault.

Then an Investigater Lawson didn't waste any time trying to cover up this assault and cover for the Defendants in my Complaint CA No 04 380 T.

Investigator Lawson called me deceitful on the booking that I enclosed, and was found not guilty of.

Investigator Lawson wrote the booking 2 hours after Defendant Lombardi assaulted me.

Then another Inspector Langlois came to investigate and I told him he knowingly falsified bookings at Court and attempted to get an officer to lie, I enclosed that booking!

Please your Honor grant me some relief before I'm killed!

Plaintiff Pro Se

Olivei Lynne

Inmate Id: 0091073 **Inmate Name: OLIVER S LYONS** **Sec: ISC**

Incarceration No: 0091073 Area/Cell: L 14B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No: 000002731**

Infraction Date/Time: 2/09/2005 09:45:00 Infraction Sec: ISC

Charging Staff Member: Langlois

Place Of Infraction: ISC Place Of Booking: Providence Superior Court

ORIGINAL- Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Filed Date/Time: 2/10/2005 13:32:36 Inmate Demeanor: DECEITFUL

**Infraction Narrative:**

While at Providence Superior Court, Inmate Lyons presented a hand written note to Judge K rause, and alledge that he received the note from a Correctioanl Officer, who wrote the n ote to assist him being Lyons with his Trial. The Judge instructed me to investigate. Upo n doing so I was able to determine that Inmate Lyons wrote the note himself, this delayed court proceedings for three hours.

Witnesses: NONE

**S.O. REVIEW:** **READ BY:** Mitsmenn

Inform Date: 02/11/2005 20:40:00 Hearing Date: 02/14/2005 13:00:00

Demeanor: ARGUMENTATIVE Inmate Plea: GUILTY W/EXPLANATION

Status AWT Hear: LFI Waive 24 Notice: NO

Req Rep Present: YES Req Witness: NO

Witnesses: NONE

**Inmate's Statement:**
I don't have a booking and don't want to leave my cell for one to be read to me. (Inmate refuses to have booking read to him).

**Superior's Comments:**
Valid booking, warrants hearing. Inmate refuses to have booking read to him.

**Inmate Id:** 0091073 **Inmate Name: OLIVER S LYONS** **Sec: ISC**

Incarceration No: 0091073 Area/Cell: L 14B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No: 000002731**

**HEARING:**

Hearing Date: 2/14/2005 15:44:57 Offender's Plea: NOT GUILTY

Rep Counselor: Ward

Req Witness: NO Waive 24 Notice: NO

**Offender Statement:**
Officer Distaso wrote the note, I gave the note to the Judge.

**Witness(s) Statement:**
C/O Distaso: That is my writing and I put that on a paper towel and gave it to inmste Lyo ns.

**Officer's Statement:**
Not Guilty, based on the Oficer testimony.

**Finding: NOT GUILTY** **Class. Review: NO** **Req Ward Review: NO**

Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Hearing Off. Sig: Paquette