1

Court Clerk
United States District Court
One Exchange Terrace
Providence, Rhode Island 02903

Date Oct 23, 2005

Dear Clerk,

Enclosed are two Affidavits with attached documents to support my allegations in Complaints Ca No 05 433 ML and Ca No 04 380 T. One of the documents was written by an Investigator Lawson on 10 12 05 to attempt to cover up an assault on my person by Defendant Lombardi at Intake Segregation and also to attempt to cover up for Defendants at High Security who came to Intake Segregation threatened to gas me and removed 3 copies of my medical records that I submitted as Exhibits to support allegations of assault and serious injuries in my Complaint Ca No 04 380 T. This booking was dismissed and I was found not guilty! Three copies of my medical records were returned to me and put in my

over ⇒

cell and I was told not to ask any questions"

I believe a correctional officer came forward, thats what I was told.

I want Chief Justice Torres and Ms Justice Lisi to be made aware.

I need immediate Injunctive relief.

Mr. Justice Hagopian is not compelling the Defendants to produce any photo's films, policies, tapes, additional medical records nor to explain my being moved from High Security to Medium Security in 2002, 2003, and 2005?

Also why I was moved to Intake repeatedly?

To threaten to gag me and destroy my medical records is just more Criminal behavior!

They the Defendants were evasive in their response to my Requests for Production of Documents

I know the Clerks must think I'm redundant but so is my abuse and beatings!

Sincerely
Plaintiff, Pro Se
Oct 23 05 Oliver Lopes

P.S. The Law library officer refused to allow copies of these Affidavits to be made!

FILED
2005 OCT 28 A 11:
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND