# Affidavit

The undersigned Plaintiff would like to submit the following Affidavit and documents in support of his allegations made in his Complaint Ca 05 433 ML The Plaintiff clearly attests under penalty of perjury that the facts alleged in these documents are true copies of Requests sent to Director Wall and Medical Director Poshkus and a Letter dated January 19 2005 from Deputy Caruso to Director Wall and also a a letter dated March 22, 05 that Director Wall sent to Deputy Caruso

Plaintiff Pro Se
Oliver Lynn
P. O. BOX 8249
Cranston Rhode Island 02920

Sworn and subscribed to before me on this 24 day of October 2005

Notary Public
KATHLEEN LYONS

my commission expires
5/12/2006

R.I. Dept. of Corrections

DIRECTOR'S OFFICE
JAN 06 2005
DEPARTMENT OF CORRECTIONS

**REQUEST FORM**

TO: Director Wall DATE: 1-4-05

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I am on Single rec Today after from seeing the orthopedic doctor I was cuffed, and CO Lombardi had hold of my cuffs I was defenceless

INMATE NAME Oliver Lyons I.D.# 91073

WORK ASSIGNMENT: ______ CELL NUMBER: L 8

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ✓ WORK RELEASE ______

An inmate assaulted me and CO Lombardi threw me to the floor injuring my leg and knee and causing additional injuries

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE C/O [signature]

**Disposition of Case**

RESPONSE: This Request Form appears to be a request for review relative to a disciplinary report (booking) that you received on/about 01/04/05. Therefore, I forwarded it to Deputy Warden Caruso for his consideration. As you know, the Warden or designee (i.e., Deputy Warden) is the final authority with respect to inmate discipline.

SIGNATURE [signature] Ashbel T. Wall, II TITLE Director DATE 1/13/05

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S-10

DIRECTOR'S OFFICE

JAN 05 2005

DEPARTMENT OF CORRECTIONS

R.I. Dept. of Corrections

**REQUEST FORM**

TO: Director A T Wall II DATE: 1 3 05

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Two months and still I have not seen orthopedic Doctors for a severely injured knee I am ignored by dentist medical doctors and my legal access has been cut off.

INMATE NAME Oliver Lyons I.D.# 91073

WORK ASSIGNMENT: ______ CELL NUMBER: L8

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ✓ WORK RELEASE ______

Two of my front teeth were broken off in an assault at High security. My gums are infected from not being cleaned

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE C/O [signature]

**Disposition of Case**

RESPONSE: A copy of this Request Form was forwarded to Mr. Joseph Marocco, Associate Director/Health Services. He will investigate your concerns and send you a written response, with a copy to me. As stated in my written responses to you dated 12/29/04, 12/21/04, and 11/30/04, to name a few, you should write directly to Mr. Marocco regarding your concerns/complaints relative to Health Care Services. With respect to your legal access, as stated in my response to your 01/01/05 Request Form, I have referred the matter to Deputy Warden Caruso.

SIGNATURE A. T. Wall TITLE Director DATE 1/13/05
Ashbel T. Wall, II

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION: Cc: J. Marocco (for response, with a copy to me)
D. Caruso (fyi)

| REQUEST | RESPONSE |
|---|---|
| WHITE - DESIGNEE | WHITE - INMATE |
| YELLOW - " | YELLOW - ASSOCIATE DIRECTOR |
| PINK - " | PINK - DESIGNEE |
| SALMON - INMATE | |

S-10

DIRECTOR'S OFFICE
JAN 04 2005
DEPARTMENT OF CORRECTIONS

R.I. Dept. of Corrections

**REQUEST FORM**

TO: Director A T Wall II DATE: Jan 4, 05

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I have not had one booking from a C.O. My access to law library, law cart legal materials and books is being denied. I went to court to get books in High Security Seg.

INMATE NAME Oliver Lyons I.D.# 91073

WORK ASSIGNMENT: ______ CELL NUMBER: L 8

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ✓ WORK RELEASE ______

The day after I went to court Deputy Reynolds had books in Seg. You cannot deny inmates books and a law cart in any Security Seg!

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE: I have forwarded a copy of this Request Form to Deputy Warden David Caruso for his information, investigation, and written response. You should hear from him or his designee in the near future.

Cc: D. Caruso (for response, with a copy to me)
Response Pending File

SIGNATURE A. T. Wall TITLE Director DATE 1/13/05
Ashbel T. Wall, II

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S-10

A.D.M.-A

R.I. Dept. of Corrections

**REQUEST FORM**

TO: Dr. Poshkus Medical Director DATE: 11 18 04

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I have not been receiving my medication Vicodin for pain for serious knee injuries. Nursing staff on 3-11 shift will not give it to me It was perscribed by Dr Motola

INMATE NAME Oliver Lyons I.D.# 91073

WORK ASSIGNMENT: ______ CELL NUMBER: L 8

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ✓ ______ WORK RELEASE ______

I didn't receive it on the 15th 16th and 17th of November 2004

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE: I am referring your question regarding medication to Dr. Motola, since he is your primary care physician and would be in charge of prescribed medications. He would also be the one to change or reduce your medication. Please refer future medication questions to Dr. Motola.

SIGNATURE [signature] TITLE Interim Medical Program Dir. DATE 11/22/04

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

cc: Dr. Motola
J. Marocco

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S-10

***State of Rhode Island and Providence Plantations***
***Department of Corrections***
***Intake Service Center***

**To: A.T. Wall, Director**

**From: Deputy Warden David Caruso**

**Date: January 19, 2005**

**Subject: Inmate Oliver Lyons, ID# 91073**

---

An investigation to Oliver Lyons, ID# 91073 has ensued regarding complaints of insufficient access to legal materials. Mr. Lyons is well aware of the procedure to obtaining law books and/or material(s). All he needs to do is request via Officer Delaney or whoever the Second Floor Corridor South Officer is and the law cart will be brought to the segregation unit so he may retrieve the material(s) or books requested.

Mr. Lyons was asked to produce copies of the request forms that he has allegedly submitted. He did not have any requests, nor could he be specific about the materials requested.

Cc: Oliver Lyons
Assistant Director, Jake Gadsden
Lt. Bartholomy
Officer Delaney

**State of Rhode Island and Providence Plantations**
***Department of Corrections***
**OFFICE OF THE DIRECTOR**

**TO:** David Caruso, Deputy Warden
Intake Service Center

**FROM:** [signature]
Ashbel T. Wall, II, Director

**DATE:** March 22, 2005

**SUBJECT: INMATE OLIVER S. LYONS, ID# 091073**

I am enclosing copies of Mr. Lyons' 03/20/05 letter to me and numerous Request Forms addressed to Lt. Barney, C/O Raposa, and another C/O (illegible).

Mr. Lyons' concerns/complaints involve access to legal materials, reading material, showers, outdoor recreation, and being locked down before being found not guilty of an infraction.

Please respond to Mr. Lyons, in writing, addressing each of his complaints, and send an informational copy of your response to me.

Thank you for your attention to this matter.

Enclosures

cc: J. Gadsden
Inmate Lyons, ISC
Response Pending File