1

Affidavit

The undersigned Plaintiff would like to submit the following Affidavit and documents in support of the Plaintiffs allegations in his Complaints Ca No 05 433 ML and Ca No 04 380T

The Plaintiff clearly attest under penalty of perjury that the facts alleged in these documents are true and correct to the best of my knowledge and belief.

Attached to this Affidavit is a Travel sheet showing the Plaintiff was moved to Medium Security Segregation from Intake Segregation on March 22, 05

Attached to the Affidavit is a Discipline history sheet showing the Plaintiff remained booking free not one discipline infraction and because of this Warden Whitman and Deputy Hilterman put the Plaintiff in population of Medium Security and the Plaintiff was put in A MOD Left on August 15, 2005

The Travel sheet Shows the Plaintiff was moved back to Medium Segregation the same day

 

August 15, 2005.
The Plaintiff was not booked for any discipline infraction whatsoever and this is shown on his Discipline history sheet. Signed by Counselor Moretti The Plaintiff was given a cellmate TV Radio and other items population receives and three hours later the Plaintiff was returned to Segregation.
On August 16, 2005 the very next day the Travel sheet shows the Plaintiff was classified to High Security.
The Discipline history sheet shows I was booked for creating a disturbance on August 23 05 and was moved back to Intake Service Center and put in Segregation
Also attached to the Plaintiffs Affidavit is or are two bookings for giving false information to correctional staff.
One was written by Inspector Langlois who said I was "deceitful" and the LT Mitsmenn who read the booking or said he did ~~said~~ said I was "argumentative" and pleaded "guilty" with explanation

You will see from the booking I refused to have it read!!
I was found not guilty and was locked in my cell and denied a shower and reccreation before I could prove I was innocent once again!
The 2nd booking was written by Investigator Lawson again for giving false information to correctional staff.
He also calls the Plaintiff "deceitful" and the Plaintiff was locked in his cell and denied a shower and recreation and then found not guilty!

Plaintiff Pro Se
Olivel Lynn Pro Se
P.O. Box 8249
Cranston Rhode Island 02920

Sworn and subscribed to before me on this 24 day of October 2005

Notary Public
Kathleen Lyon

my commission expires on 5/12/2006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/14/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 01/25/2005 | 10 | COURT APPEAR | REMANDED | | | | |
| 01/26/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/04/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/07/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/08/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/09/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/09/2005 | 06 | TRANSFER | ISC L | 24B | - | ISC L | 14B |
| 02/10/2005 | 10 | COURT APPEAR | P2022286A $500 TO HWOB | | | | |
| 02/17/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/26/2005 | 06 | TRANSFER | ISC L | 14B | - | ISC L | 11B |
| 03/09/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 03/22/2005 | 06 | TRANSFER | ISC L | 11B | - | ISC HOLD | |
| 03/22/2005 | 06 | TRANSFER | ISC HOLD | | - | MED SEG | 20B |
| 03/26/2005 | 06 | TRANSFER | MED SEG | 20B | - | MED SEG | 17B |
| 04/07/2005 | 09 | SENTENCED | 5 YRS CONSECUTIVE PLUS 2 YRS CONS. | | | | |
| 04/08/2005 | 06 | TRANSFER | MED SEG | 17B | - | MED SEG | 07T |
| 04/11/2005 | 06 | TRANSFER | MED SEG | 07T | - | MED SEG | 22B |
| 04/12/2005 | 06 | TRANSFER | MED SEG | 22B | - | MED SEG | 08B |
| 08/05/2005 | 06 | TRANSFER | MED SEG | 08B | - | MED HOLD | |
| 08/05/2005 | 06 | TRANSFER | MED HOLD | | - | ISC L | 18B |
| 08/06/2005 | 06 | TRANSFER | ISC L | 18B | - | ISC HOLD | |
| 08/06/2005 | 06 | TRANSFER | ISC HOLD | | - | MED SEG | 08B |
| 08/06/2005 | 06 | TRANSFER | MED SEG | 08B | - | MED HOLD | |
| 08/06/2005 | 06 | TRANSFER | MED HOLD | | - | MED SEG | 08B |
| 08/15/2005 | 06 | TRANSFER | MED SEG | 08B | - | MED AMODL | 11B |
| 08/15/2005 | 06 | TRANSFER | MED AMODL | 11B | - | MED SEG | 08B |
| 08/16/2005 | 07 | CLASSIFY | INMATE WAS CLASSIFIED TO HSC | | | | |
| 08/16/2005 | 06 | TRANSFER | MED SEG | 08B | - | MED HOLD | |
| 08/16/2005 | 06 | TRANSFER | MED HOLD | | - | ISC PSY | 01 |
| 08/17/2005 | 06 | TRANSFER | ISC PSY | 01 | - | ISC HOLD | |
| 08/17/2005 | 06 | TRANSFER | ISC HOLD | | - | MED SEG | 08B |
| 08/23/2005 | 06 | TRANSFER | MED SEG | 08B | - | MED HOLD | |
| 08/23/2005 | 06 | TRANSFER | MED HOLD | | - | ISC L | 20B |
| 08/23/2005 | 06 | TRANSFER | ISC L | 20B | - | ISC K | 19B |
| 08/24/2005 | 06 | TRANSFER | ISC K | 19B | - | ISC PSY | 04 |
| 08/25/2005 | 06 | TRANSFER | ISC PSY | 04 | - | ISC L | 06B |
| 08/25/2005 | 06 | TRANSFER | ISC L | 06B | - | ISC L | 18B |
| 08/26/2005 | 06 | TRANSFER | ISC L | 18B | - | ISC L | 06B |
| 08/26/2005 | 06 | TRANSFER | ISC L | 06B | - | ISC L | 17B |
| 10/12/2005 | 06 | TRANSFER | ISC L | 17B | - | ISC L | 06B |
| 10/12/2005 | 06 | TRANSFER | ISC L | 06B | - | ISC K | 01B |
| 10/12/2005 | 10 | COURT APPEAR | REMANDED | | | | |

FROM 3/22/05 TO 8/15/05 - MED SEG

8/15/05 - SEG TO POPULATION AND BACK TO SEG
- NO DISCIPLINE

DMonti

ID: 091073 OLIVER S LYONS ISC LOC: K 01B D.O.B. 01/01/1950

| LGT | BOOK--DATE / INFRACTION(S) | FINDING | FIND--DATE | INMATE APPEAL | | BOARD ACTION |
|---|---|---|---|---|---|---|
| 25 | 01/31/2005<br>Swearing, Cursing, Using any Vulgar, Abusive, Inso | GUILTY | 02/02/2005 | YES | DENIED | 02/10/2005<br>15 DAYS LOSS OF PRIVILEGES<br>15 DAYS LOSS OF GOOD TIME |
| 15 | | | | | | |
| 15 | 02/08/2005<br>Swearing, Cursing, Using any Vulgar, Abusive, Inso | GUILTY | 02/11/2005 | NO | | 15 DAYS DISCIPLINARY CONFINEMENT<br>6 DAYS LOSS OF GOOD TIME |
| 6 | | | | | | |
| 6 | 02/09/2005<br>Giving False Information to Any Correctional Staff | NOT GUILTY | 02/14/2005 | NO | | |
| | 03/04/2005<br>Interfering With the Duties of a Correctional Offi | GUILTY | 03/09/2005 | YES | DENIED | 03/16/2005<br>25 DAYS DISCIPLINARY CONFINEMENT<br>25 DAYS LOSS OF GOOD TIME |
| 25 | | | | | | |
| 25 | 03/04/2005<br>Interfering With the Duties of a Correctional Offi | GUILTY | 03/09/2005 | YES | DENIED | 03/16/2005<br>28 DAYS DISCIPLINARY CONFINEMENT<br>28 DAYS LOSS OF GOOD TIME |
| 28 | | | | | | |
| 28 | 03/15/2005<br>Disobeying a Lawful Order Not Pertaining to Custod | GUILTY | 03/16/2005 | YES | DENIED | 03/23/2005<br>20 DAYS DISCIPLINARY CONFINEMENT<br>20 DAYS LOSS OF GOOD TIME |
| 20 | | | | | | |
| 20 | 03/15/2005<br>Disobeying a Clearly Stated Order in a Manner that | GUILTY | 03/16/2005 | YES | DENIED | 03/23/2005<br>30 DAYS DISCIPLINARY CONFINEMENT<br>30 DAYS LOSS OF GOOD TIME |
| 30 | | | | | | |
| 30 | 08/23/2005<br>Creating a (Collective) Disturbance | GUILTY | 08/26/2005 | YES | DENIED | 09/09/2005<br>30 DAYS DISCIPLINARY CONFINEMENT<br>12 DAYS LOSS OF GOOD TIME |
| 12 | | | | | | |

FROM 3/15/05 TO 8/23/05 - BOOKING FREE.

D. Moretti

**Inmate Id: 0091073** **Inmate Name: OLIVER S LYONS** **Sec: ISC**

Incarceration No: 0091073 Area/Cell: L 14B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No: 000002731**

Infraction Date/Time: 2/09/2005 09:45:00 Infraction Sec: ISC

Charging Staff Member: Langlois

Place Of Infraction: ISC Place Of Booking: Providence Superior Court

ORIGINAL- Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Filed Date/Time: 2/10/2005 13:32:36 Inmate Demeanor: DECEITFUL

**Infraction Narrative:**

While at Providence Superior Court, Inmate Lyons
presented a hand written note to Judge K
rause, and
alledge that he received the note from a Correctioanl Officer, who wrote the n
ote to assist him being Lyons with his Trial. The Judge instructed me to investigate. Upo
n doing so I was
able to determine that Inmate Lyons wrote the note himself, this delayed
court proceedings for three
hours.

Witnesses: NONE

**S.O. REVIEW:** **READ BY: Mitsmenn**

Inform Date: 02/11/2005 20:40:00 Hearing Date: 02/14/2005 13:00:00

Demeanor: ARGUMENTATIVE Inmate Plea: GUILTY W/EXPLANATION

Status AWT Hear: LFI Waive 24 Notice: NO

Req Rep Present: YES Req Witness: NO

Witnesses: NONE

**Inmate's Statement:**
I don't have a booking and don't want to leave my cell for one to be read to me. (Inmate refuses to have booking read to him).

**Superior's Comments:**
Valid booking, warrants hearing. Inmate refuses to have booking read to him.

**Inmate Id:** 0091073 **Inmate Name:** OLIVER S LYONS **Sec:** ISC

Incarceration No: 0091073 Area/Cell: L 14B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No:** 000002731

**HEARING:**

Hearing Date: 2/14/2005 15:44:57 Offender's Plea: NOT GUILTY

Rep Counselor: Ward

Req Witness: NO Waive 24 Notice: NO

**Offender Statement:**
Officer Distaso wrote the note, I gave the note to the Judge.

**Witness(s) Statement:**
C/O Distaso: That is my writing and I put that on a paper towel and gave it to inmste Lyons.

**Officer's Statement:**
Not Guilty, based on the Oficer testimony.

**Finding:** NOT GUILTY **Class. Review:** NO **Req Ward Review:** NO

Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Hearing Off. Sig: Paquette

**Inmate Id: 0091073** **Inmate Name: OLIVER S LYONS** **Sec: ISC**

Incarceration No: 0091073 Area/Cell: K 01B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No: 000012158**

Infraction Date/Time: 9/30/2005 16:00:00 Infraction Sec: ISC

Charging Staff Member: Lawson

Place Of Infraction: ISC Place Of Booking: L-mod

ORIGINAL- Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Filed Date/Time: 10/12/2005 17:32:00 Inmate Demeanor: DECEITFUL

**Infraction Narrative:**

On the date indicated I learned that inmate Lyons asked inmate Delory, Stephen to review his copies of medical records pertaining to a case against several Correctional Officers. Inmate Lyons gave these copies to inmate Delory on 9-27-2005. Inmate Lyons then provided information to staff that the Correctionals officers in which he has an active no contact order with searched his cell and removed these same medical records. Lyons made this claim knowing he had already given another inmate the records several days prior to his cell being searched. Due to the ongoing investigatino into the matter this booking was entered on 10-12-05

Witnesses: NONE

**S.O. REVIEW:** **READ BY: Santos**

Inform Date: 10/13/2005 08:25:00 Hearing Date: 10/14/2005 13:00:00

Demeanor: GOOD Inmate Plea: NOT GUILTY

Status AWT Hear: LFI DC Waive 24 Notice: NO

Req Rep Present: YES Req Witness: NO

Witnesses: NONE

**Inmate's Statement:**
States the copy he gave Delory was only one of four. States the High Security Officers took the remaining copies that Capt Clancy and Co Lefebvre made for him.

**Superior's Comments:**
Valid based on report.

**Inmate Id: 0091073** **Inmate Name: OLIVER S LYONS** **Sec: ISC**

Incarceration No: 0091073 Area/Cell: K 01B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No: 000012158**

**HEARING:**

Hearing Date: 10/14/2005 13:08:49 Offender's Plea: NOT GUILTY

Rep Counselor: Berube

Req Witness: NO Waive 24 Notice: NO

**Offender Statement:**
none

**Witness(s) Statement:**
none

**Officer's Statement:**
not guilty based on new information not available at the tim of infraction.

**Finding: NOT GUILTY** **Class. Review: NO** **Req Ward Review: NO**

Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Hearing Off. Sig: Clancy