UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Oliver Lyons

RE: CA__________

Lyons v. AT Wall

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 10 / 31 / 05 and have made the following determination:

____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

✓ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

✓ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

____ 8. Document violates Amended General Order 2002-01.

✓ 9. Other: 2 case numbers on motion. Since cases are not consolidated, motion must be filed separately in each case.

ENTER:

[signature]

United States Magistrate Judge

Date: 11/1/05

cc: Counsel of Record

United States District Court
For The District Of Rhode Island

Lyons
V
A T Wall et al

Ca No 04 380T
Ca No 05 433 ML

Motion to Appoint Counsel

The Plaintiff ask that the Court look at his Complaint 05 433 ML and his recently filed affidavits and exhibits in support of his Complaint

The Plaintiff would also ask the Court to review the affidavit and medical records filed in support of his Complaint 04 380T

The Plaintiff would argue that his "circumstances" are "exceptional" and that Counsel should be appointed.

The Court can see from the filed exhibits that his integrity is not in question and his cases have more merit than probably any prisoner case filed in the United States.

The Plaintiffs conditions of confinement for the last