FILED
NOV 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ORDER
GRANTED. Plaintiff shall file an Amended Complaint within ten (10) days.

United State District Court
For The District Of Rhode Island

Lyons
V
A T Wall et al

Ca No 05 433 ML

**Motion to Amend Complaint**
Ca No 05 433 ML.

The Plaintiff in the above Complaint would ask that his Complaint be amended under Facts and Travel

On October 12, 2005 the Plaintiff mailed copies of his Complaint to United States District Court The morning Defendant Lombardi made threats and made comments about the content of my law suit. Defendant Lombardi could have only have received the information from the law clerk.

At about 2 15 pm on October 12, 05 the Plaintiff was cuffed behind his back and returning to his cell L12 B Seg after his shower and recreation.

The Plaintiff was confronted

I went to see the doctor who cleaned my cuts and abrasion.
The nurses did not bandage my wrists and the right cuff was cutting into it.
I was then put in cell K1B that has a camera in it.
I then repeatedly asked nurse Fogarty and nurse Bassi to bandage my wrist and they refused.
This is all on film and you can see the cut on my wrist.
I then put the end of a sock on my wrist and the nurses and correctional officers were all aware of this and its on film and I went for showers and recreation with it.
On October 28, 05 I was told I was going to see the doctor about my knee.
Defendant Lombardi said I'm removing the sock and when we got to the doctor it was removed and the doctor and nurses refused to bandage it.

by Defendants Lombardi and Defendant LT Barney.

The Plaintiff was threatened with gas by LT Barney while Defendant Lombardi went in and searched my cell ripping up my copy of my Complaint and destroying other legal material.

The Plaintiff was then assaulted by Defendant Lombardi while the Plaintiff was cuffed behind his back.

The Plaintiff sustained a cut to his forehead, abrasion to his cheek and a cut on his wrist and elbow.

On the 3-11 shift, I, ask the nurse, Bassi for medical treatment and Defendant Raposa said "You get shit this is what happens when you write Complaints."

Then the inmates all started kicking their cell doors.

LT Kabbas came to my cell and said I'm taking you to see the doctor and then I'm taking pictures and sealing your cell.

The doctor said Mr. Lyons there isn't anything wrong with your knee I witnessed you jogging in your cell and doing knee bends.
I have been doing this for two years.
I told the doctor look at the 3 MRI's and tell the Chief of orthopedic surgery there isn't ligament damage I need to be operated on.
I was told by the therapist to do knee bends and jog.
I can't move side to side or my leg buckles and swells up causing severe pain.
I then was returned to my cell L/B where I had been moved by Defendants Barney and Defendant Lombardi.
This cell also has a camera in it.
When I got in the cell I said I will not remove these cuffs until a nurse gives me a bandage to cover my wrist

Defendant Barney and Lombardi
The returned with a can of
chemical agent and I was
sprayed burning my eyes, throat
and my entire body.
This is all on tape or film.
I was then put in a shower
to remove the chemical.
At 8pm the nurse Bassi gave
me a couple of bandaids for
my right wrist.
This is also on film.
Please put this in my Complaint
I believe the doctor's name is
Edoro.

Plaintiff Pro Se
Oliver Lyons
P.O Box 8249
Cranston Rhode Island 02920