UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, II, et al

**DEFENDANTS 12.1 STATEMENT OF UNDISPUTED FACTS**

Now come the Defendants and hereby submits the following statement of undisputed facts, pursuant to Local Rule 12.1:

1. Plaintiff, Oliver Lyons, at all pertinent times, was a Rhode Island penal inmate;

2. During the month of September, 2004, Plaintiff was housed at the High Security Center facility;

3. Plaintiff alleges that on September 2, 2004, he was attacked by another inmate and sustained a knee injury;

4. During the month of September, 2004, Plaintiff was, in fact, examined by Dr. Poshkus, a physician employed by the ACI, based on his statement that he used a razor belonging to another inmate who had Hepatitis C;

5. According to Plaintiff's ACI medical record, at no time between September, 2004 through December, 2004 did he ever notify any member of the ACI medical staff that he sustained an injury to his knees;

6. Plaintiff did not report or seek treatment for an injury to his knee in September of 2004.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 15th day of November, 2005, I mailed a true copy of the within Defendants 12.1 Statement of Undisputed Facts to Oliver Lyons, P. O. Box 8249, Cranston, R. I. 02920.