UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, II, et al

**AFFIDAVIT**

I, Pauline Marcussen, being duly sworn do hereby depose and say:

1. I, Pauline Marcussen am employed with the Rhode Island Department of Corrections as Chief Program Development, Medical Records Administrator;

2. That the two (2) pages attached herewith are true copies of Mr. Lyons' medical records. The first document depicts entries made by ACI nurses after examining Oliver Lyons at the High Security Center, said examinations taken place between May 10, 2004 and October 14, 2004; the second (2nd) document depicts entries by ACI physicians' examination notes following examinations with Oliver Lyons;

3. The examinations of Plaintiff, as documented in the attached physician contact notes occurred on September 7, 2004, October 11, 2004, and November 15, 2004;

4. Both of the attached documents are true and accurate copies of the original medical record pertaining to Oliver Lyons;

5. All entries thereon were made at or near the actual time of the events they describe;

6. The Department maintains medical records of all inmates incarcerated at the ACI in its regular course of business.

Pauline Marcussen, MS, RHIA, CCHP

Pauline Marcussen

Signed and sworn to before me, in Cranston, this 15th day of November, 2005.

Marcia Ann Croce

Notary Public
My Commission expires 9/9/09.