United States District Court
For The District Of Rhode Island

Oliver Lyons Ca No 05 433 ML
V
A T Wall et al

Plaintiff's Objection And Rebuttal to Defendants Motion To Dismiss pursuant to the Fed R Of Civil Procedure 12 b 6
Defendant Lombardi

If the Defendants read the Plaintiff's Complaint closely they would see that the Plaintiff stated on page 2 of his Complaint under Facts and Travel On November 9 2004 the Plaintiff was moved to Intake from High Security The Plaintiff also stated on page 2 under Facts and Travel that he was moved to Intake because the Plaintiff was being abused and threatened because he filed a lawsuit Ca No 380 T on September 2, 2004

The Plaintiff never states anywhere in his Complaint Ca No 05 433 ML that Defendant officer Lombardi escorted

the Plaintiff from High Security on September 2, 2004 and that he was attacked by another inmate on September 2, 2004.

The Plaintiff was injured in November 2004 at Intake while being escorted by officer Lombardi while the Plaintiff was cuffed.

The Plaintiff was assaulted by another inmate who received 90 days punitive Segregation and was found guilty of assault.

The Plaintiff has been unable to get the inmates name.

The Defendant Lombardi should not have taken a High Security CRQ status inmate on single recreation like myself into a recreation area where there was four uncuffed unsentenced inmates.

The Defendants also states that the Plaintiff failed to state the aggravated injury he allegedly suffered.

The Plaintiff submitted as an Exhibit his MRI done on Nov 19, 04 one of three MRI's

that has an attached affidavit and is notarized and before the Court. Officer Lombardi did not follow procedure and policy for a High Security S.R.B. single rec inmate or he wouldn't have exposed the Plaintiff to four uncuffed non sentenced inmates on recreation.

Defendant Lombardi is well aware that a High Security S.R.B. inmate does not belong in a rec. area with 4 non sentenced inmates.

The Defendants state in their motion to Dismiss that "medical records pertaining to the Plaintiff on Sept 2, 2004 show the Plaintiff was never attacked or received any injuries."

The Plaintiff never stated that in his Complaint.

The Plaintiff stated in his Complaint 05 433 ML that after he filed his law suit Ca No 380T on Sept 2 2004 that the abuse and threats were so bad he was moved to Intake On Page 2, under Facts and Travel

The Plaintiff states that on Nov 9, 2004 the Plaintiff was moved to Intake from High Security.
The Defendants states in their Motion to Dismiss that Plaintiff alleges that his knee was injured and aggravated however ACI nursing notes showing entries made from May through Oct 04 only show 2 entries made for Sept of that year.
First there is an entrie dated Sept 7 04 which indicates "inmate states he shaved with a razor belonging to another inmate who has hep C. Seen by Dr Poshkus Lab ordered"
The 2nd entrie dated Sept 8, 2004 inmate "refused blood work"
Additionally ACI physician contact notes for September 2004 indicate "asked to be seen for using the razor of an inmate for Hep C.
First The Plaintiff was given a razor by officer Henry who admitted he gave me Inmate Larence's razor by accident?
I wrote the Director and also had blood taken on 9 9 04

and also 3 months later!
Director Wall complimented me for doing this.
All this talk about Defendant Lombardi and Sept 2004 have nothing to do with what happened at Intake in Nov 2004.
The Court has my Complaint and MRI's done in Nov 2004 and Sept 2004 isn't relevant to any of my allegations against Defendants in my Complaint CA No 05 433 ML
Defendants LT Barney and Correctional Officers Rapasa and Delaney
If you read the Plaintiff's Complaint the issues brought up in their arguements don't warrant any answers from the Plaintiff.
Whether the Plaintiff is a stranger or not to Court is not an issue
Does the Plaintiff's allegations have merit? Yes
Do the records document the Plaintiff's allegations? Yes

Defendant Caruso

The Defendants State
"Even if Defendant Caruso is
Lying"

answer Enough said

Correction Officer Bartholomy

The fact that Officer Bartholomy
admitted the Plaintiff was correct
about a law cart book cart library
books and hot water does make
him responsible for the Plaintiff
being deprived of these items because
he was officer Lombardi's, Raposa
Delaney's Superior officer and
Requests for the above items were
submitted to him also.
He is culpable.
Requests were sent to LT Bartholomy
and to rank and file under
his direct command.

Defendants Whitman and Hilterman
The Defendants state that Defendants Whitman and Hilterman walked into the Plaintiffs cell
This is not the case if they read the Plaintiffs Complaint
Warden Whitman and Deputy Hilterman spoke with the Plaintiff in a holding cell with a camera in it. told the Plaintiff he was intelligent.
Warden Whitman stated I was being put in population at Medium I and have a TV and radio and other things population inmates have.
The Plaintiff submitted an Affidavit Travel sheet and disciplinary history sheet signed by counselor Moretti. Showing the Plaintiff was discipline free from 3-22-05 to 8 23 05
On August 15, 2005 because the Plaintiff was discipline free in Segregation for 5 months, had cellmates and had taken recreation uncuffed with other inmates and also showers without being cuffed all contrary to D.O.C. policy Warden Whitman and Deputy Hilterman put the Plaintiff in population on August 15, 2005.

The records show. The Plaintiff was returned to Segregation for no reason whatsoever no discipline whatsoever (3 hours later.
Then the Plaintiff was classified to High Security the next day
Is this what the Defendants call "kindness" "good deeds"
The Plaintiff would submit and argue it is sadistic, cruel and meant to cause the Plaintiff emotional trauma, pain and suffering and it did and continues

Defendant Clancy

Again Captain Clancy is LT Barney Lombardi, Delaney, and Raposa's Superior officer.
See enclosed bookings.

Defendant Capezza

She is the Superintendent of nurses
When the Plaintiff is denied his medication ~~o~~ and medical requests are destroyed Defendant Capezza is accountable

The Defendants McCauley and Kettle are responsible for the operation of the Intake Service Center.
When the Plaintiff is denied a law cart hot shower book cart law clerk outside recreation and then cuffed behind his back for his entire recreation because there isn't any locked recreation cage they are subjecting the Plaintiff to cruel and unusual punishment. plus the Plaintiff is being denied Due Process
For all of the stated reason the Defendants Motion to Dismiss should be denied because there isn't any evidence given that contradicts what the Plaintiff states and claims in his Complaint Ca No. 05 433 ML
Medical records, notes, MRI's Discipline sheet Travel sheet all show that each and every allegation in the Plaintiff's Complaint can not be denied!!
The Plaintiff is waiting for answers from the Defendants

Certification

The undersigned Plaintiff certifies that he mailed true copies of the within Plaintiffs objection and rebuttal to the Defendants Motion to Dismiss to the Defendants Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920 and to United States District Court One Exchange Terrace Providence Rhode Island 02903 on Dec 1, 2005

Plaintiff Pro Se

original signature Oliver J Roux

P.O Box 8273
Cranston Rhode Island
02920

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/14/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 01/25/2005 | 10 | COURT APPEAR | REMANDED | | | | |
| 01/26/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/04/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/07/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/08/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/09/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/09/2005 | 06 | TRANSFER | ISC L | 24B | - | ISC L | 14B |
| 02/10/2005 | 10 | COURT APPEAR | P2022286A $500 TO HWOB | | | | |
| 02/17/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 02/26/2005 | 06 | TRANSFER | ISC L | 14B | - | ISC L | 11B |
| 03/09/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | | |
| 03/22/2005 | 06 | TRANSFER | ISC L | 11B | - | ISC HOLD | |
| 03/22/2005 | 06 | TRANSFER | ISC HOLD | | - | MED SEG | 20B |
| 03/26/2005 | 06 | TRANSFER | MED SEG | 20B | - | MED SEG | 17B |
| 04/07/2005 | 09 | SENTENCED | 5 YRS CONSECUTIVE PLUS 2 YRS CONS. | | | | |
| 04/08/2005 | 06 | TRANSFER | MED SEG | 17B | - | MED SEG | 07T |
| 04/11/2005 | 06 | TRANSFER | MED SEG | 07T | - | MED SEG | 22B |
| 04/12/2005 | 06 | TRANSFER | MED SEG | 22B | - | MED SEG | 08B |
| 08/05/2005 | 06 | TRANSFER | MED SEG | 08B | - | MED HOLD | |
| 08/05/2005 | 06 | TRANSFER | MED HOLD | | - | ISC L | 18B |
| 08/06/2005 | 06 | TRANSFER | ISC L | 18B | - | ISC HOLD | |
| 08/06/2005 | 06 | TRANSFER | ISC HOLD | | - | MED SEG | 08B |
| 08/06/2005 | 06 | TRANSFER | MED SEG | 08B | - | MED HOLD | |
| 08/06/2005 | 06 | TRANSFER | MED HOLD | | - | MED SEG | 08B |
| 08/15/2005 | 06 | TRANSFER | MED SEG | 08B | - | MED AMODL | 11B |
| 08/15/2005 | 06 | TRANSFER | MED AMODL | 11B | - | MED SEG | 08B |
| 08/16/2005 | 07 | CLASSIFY | INMATE WAS CLASSIFIED TO HSC | | | | |
| 08/16/2005 | 06 | TRANSFER | MED SEG | 08B | - | MED HOLD | |
| 08/16/2005 | 06 | TRANSFER | MED HOLD | | - | ISC PSY | 01 |
| 08/17/2005 | 06 | TRANSFER | ISC PSY | 01 | - | ISC HOLD | |
| 08/17/2005 | 06 | TRANSFER | ISC HOLD | | - | MED SEG | 08B |
| 08/23/2005 | 06 | TRANSFER | MED SEG | 08B | - | MED HOLD | |
| 08/23/2005 | 06 | TRANSFER | MED HOLD | | - | ISC L | 20B |
| 08/23/2005 | 06 | TRANSFER | ISC L | 20B | - | ISC K | 19B |
| 08/24/2005 | 06 | TRANSFER | ISC K | 19B | - | ISC PSY | 04 |
| 08/25/2005 | 06 | TRANSFER | ISC PSY | 04 | - | ISC L | 06B |
| 08/25/2005 | 06 | TRANSFER | ISC L | 06B | - | ISC L | 18B |
| 08/26/2005 | 06 | TRANSFER | ISC L | 18B | - | ISC L | 06B |
| 08/26/2005 | 06 | TRANSFER | ISC L | 06B | - | ISC L | 17B |
| 10/12/2005 | 06 | TRANSFER | ISC L | 17B | - | ISC L | 06B |
| 10/12/2005 | 06 | TRANSFER | ISC L | 06B | - | ISC K | 01B |
| 10/12/2005 | 10 | COURT APPEAR | REMANDED | | | | |

FROM 3/22/05 TO 8/15/05 - MED SEG

8/15/05 - SEG TO POPULATION AND BACK TO SEG

NO DISCIPLINE

D. Moretti

ID: 091073 OLIVER S LYONS ISC LOC: K 01B D.O.B. 01/01/1950

| LGT | BOOK--DATE / INFRACTION(S) | FINDING | FIND--DATE | INMATE APPEAL | BOARD ACTION | |
|---|---|---|---|---|---|---|
| 25 | 01/31/2005 | GUILTY | 02/02/2005 | YES | DENIED | 02/10/2005 |
| | Swearing, Cursing, Using any Vulgar, Abusive, Inso | | | | | 15 DAYS LOSS OF PRIVILEGES<br>15 DAYS LOSS OF GOOD TIME |
| 15 | | | | | | |
| 15 | 02/08/2005 | GUILTY | 02/11/2005 | NO | | |
| | Swearing, Cursing, Using any Vulgar, Abusive, Inso | | | | | 15 DAYS DISCIPLINARY CONFINEMENT<br>6 DAYS LOSS OF GOOD TIME |
| 6 | | | | | | |
| 6 | 02/09/2005 | NOT GUILTY | 02/14/2005 | NO | | |
| | Giving False Information to Any Correctional Staff | | | | | |
| | 03/04/2005 | GUILTY | 03/09/2005 | YES | DENIED | 03/16/2005 |
| | Interfering With the Duties of a Correctional Offi | | | | | 25 DAYS DISCIPLINARY CONFINEMENT<br>25 DAYS LOSS OF GOOD TIME |
| 25 | | | | | | |
| 25 | 03/04/2005 | GUILTY | 03/09/2005 | YES | DENIED | 03/16/2005 |
| | Interfering With the Duties of a Correctional Offi | | | | | 28 DAYS DISCIPLINARY CONFINEMENT<br>28 DAYS LOSS OF GOOD TIME |
| 28 | | | | | | |
| 28 | 03/15/2005 | GUILTY | 03/16/2005 | YES | DENIED | 03/23/2005 |
| | Disobeying a Lawful Order Not Pertaining to Custod | | | | | 20 DAYS DISCIPLINARY CONFINEMENT<br>20 DAYS LOSS OF GOOD TIME |
| 20 | | | | | | |
| 20 | 03/15/2005 | GUILTY | 03/16/2005 | YES | DENIED | 03/23/2005 |
| | Disobeying a Clearly Stated Order in a Manner that | | | | | 30 DAYS DISCIPLINARY CONFINEMENT<br>30 DAYS LOSS OF GOOD TIME |
| 30 | | | | | | |
| 30 | 08/23/2005 | GUILTY | 08/26/2005 | YES | DENIED | 09/09/2005 |
| | Creating a (Collective) Disturbance | | | | | 30 DAYS DISCIPLINARY CONFINEMENT<br>12 DAYS LOSS OF GOOD TIME |
| 12 | | | | | | |

FROM 3/15/05 TO 8/23/05 - BOOKING FREE

D. Moretti

**Inmate Id:** 0091073 **Inmate Name:** OLIVER S LYONS **Sec:** ISC

Incarceration No: 0091073 Area/Cell: K 01B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No: 000012158**

Infraction Date/Time: 9/30/2005 16:00:00 Infraction Sec: ISC

Charging Staff Member: Lawson

Place Of Infraction: ISC Place Of Booking: L-mod

ORIGINAL- Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Filed Date/Time: 10/12/2005 17:32:00 Inmate Demeanor: DECEITFUL

**Infraction Narrative:**

On the date indicated I learned that inmate Lyons asked inmate Delory, Stephen to review his copies of medical records pertaining to a case against several Correctional Officers. Inmate Lyons gave these copies to inmate Delory on 9-27-2005. Inmate Lyons then provided information to staff that the Correctionals officers in which he has an active no contact order with searched his cell and removed these same medical records. Lyons made this claim knowing he had already given another inmate the records several days prior to his cell being searched. Due to the ongoing investigatino into the matter this booking was entered on 10-12-05

Witnesses: NONE

**S.O. REVIEW:** **READ BY:** Santos

Inform Date: 10/13/2005 08:25:00 Hearing Date: 10/14/2005 13:00:00

Demeanor: GOOD Inmate Plea: NOT GUILTY

Status AWT Hear: LFI DC Waive 24 Notice: NO

Req Rep Present: YES Req Witness: NO

Witnesses: NONE

**Inmate's Statement:**
States the copy he gave Delory was only one of four. States the High Security Officers took the remaining copies that Capt Clancy and Co Lefebvre made for him.

**Superior's Comments:**
Valid based on report.

**Inmate Id:** 0091073 **Inmate Name:** OLIVER S LYONS **Sec:** ISC

Incarceration No: 0091073 Area/Cell: K 01B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No:** 000012158

**HEARING:**

Hearing Date: 10/14/2005 13:08:49 Offender's Plea: NOT GUILTY

Rep Counselor: Berube

Req Witness: NO Waive 24 Notice: NO

**Offender Statement:**
none

**Witness(s) Statement:**
none

**Officer's Statement:**
not guilty based on new information not available at the tim of infraction.

**Finding:** NOT GUILTY **Class. Review:** NO **Req Ward Review:** NO

Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Hearing Off. Sig: Clancy

Inmate Id: 0091073 Inmate Name: OLIVER S LYONS Sec: ISC

Incarceration No: 0091073 Area/Cell: L 14B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No: 000002731**

Infraction Date/Time: 2/09/2005 09:45:00 Infraction Sec: ISC

Charging Staff Member: Langlois

Place Of Infraction: ISC Place Of Booking: Providence Superior Court

ORIGINAL- Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Filed Date/Time: 2/10/2005 13:32:36 Inmate Demeanor: "DECEITFUL"

**Infraction Narrative:**

While at Providence Superior Court, Inmate Lyons presented a hand written note to Judge Krause, and alledge that he received the note from a Correctioanl Officer, who wrote the note to assist him being Lyons with his Trial. The Judge instructed me to investegate. Upon doing so I was able to determine that Inmate Lyons wrote the note himself, this delayed court proceedings for three hours.

Witnesses: NONE

**S.O. REVIEW:** **READ BY:** Mitsmenn

Inform Date: 02/11/2005 20:40:00 Hearing Date: 02/14/2005 13:00:00

Demeanor: ARGUMENTATIVE Inmate Plea: GUILTY W/EXPLANATION

Status AWT Hear: LFI Waive 24 Notice: NO

Req Rep Present: YES Req Witness: NO

Witnesses: NONE

**Inmate's Statement:**
"I don't have a booking and don't want to leave my cell for one to be read to me." (Inmate refuses to have booking read to him).

**Superior's Comments:**
Valid booking, warrants hearing. Inmate refuses to have booking read to him.

Inmate Id: 0091073 Inmate Name: OLIVER S LYONS Sec: ISC

Incarceration No: 0091073 Area/Cell: L 143

Job Code: SRG Level: 1 Enemy Level:

Discipline No: 000002731

HEARING:

Hearing Date: 2/14/2005 15:44:57 Offender's Plea: NOT GUILTY

Rep Counselor: Ward

Req Witness: NO Waive 24 Notice: NO

Offender Statement:
Officer Distaso wrote the note, I gave the note to the Judge.

Witness(s) Statement
C/O Distaso: That is my writing and I put that on a paper towel and gave it to inmate Lyons.

Officer's Statement:
Not Guilty, based on the Oficer testimony.

Finding: NOT GUILTY Class. Review: NO Req Ward Review: NO

Infraction Code: 321 Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
Giving False Information to Any Correctional Staff

Hearing Off. Sig: Paquette