United States District Court
For The District Of Rhode Island

Oliver Lyons
V
A T Wall et al

Ca No 05 433 ML

Plaintiffs answers to Defendants
12.1 Statement of Undisputed Facts

1 Plaintiff Oliver Lyons at all pertinent times was a Rhode Island penal inmate

answer Plaintiff admits

2 During the month of September 2004 the Plaintiff was housed at the High Security Center facility

answer The Plaintiff admits and states What does that have to do with the Defendants in his Complaint Ca No 05 433 ML and his confinement at Intake Service Center?

3 Plaintiff alleges that on September 2, 04 he was attacked by another inmate and sustained a knee injury

answer The Plaintiffs doesn't claim that in his Complaint at all!

4 During the month September 2004 Plaintiff was in fact examined by Dr. Pashley a physician employed by the ACI based on his statement that he used a razor belonging to another inmate who had hepatitis C.

answer The Plaintiff was given the razor of another inmate named Larence by officer Henry the block officer. and the Plaintiff submitted to a blood test and then another one three months later

I received a letter from Director Wall saying I did the right thing. The Plaintiff would ask What does this have to do with his Complaint No 05 433 ML where the Defendants are at Intake and Medium 1 Security's?

5, According to Plaintiff's ACI medical record at no time between Sept 2004 and December 2004 did he ever notify any member of the ACI medical staff that he sustained an injury to his knee

answer This is just incredible Attorney Grant.
Not only did the Plaintiff notify the medical staff in November 2004 but the Plaintiff was taken for another M.R.I on November 19 2004, showing severe and additional damage to his knee.
The Plaintiff has submitted that M.R.I's with others to support his allegations of cruel and unusual punishment and deliberate indifference in his Complaint Ca No 04 380 T
Attorney Grant is not informed and shows he's not concerned about the Plaintiff's medical issues.

6 Plaintiff did not report or seek treatment for an injury to his knee in September of 2004

answer Why would the Plaintiff seek treatment for additional injuries to his knee when he was injured at Intake in November 2004
This shows the Defendants lack of concern for the Plaintiff's injuries.

Certification

The Plaintiff certifies he mailed copies of his answers to the Defendants 12.1 Statement of Undisputed Facts to the Defendants Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920 and United States District Court One Exchange Terrace Providence Rhode Island 02903 on December 1, 2005

Plaintiff Pro Se

original signature Oliver Lynn

6. Plaintiff did not report or seek treatment for an injury to his knee in September of 2004.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 15th day of November, 2005, I mailed a true copy of the within Defendants 12.1 Statement of Undisputed Facts to Oliver Lyons, P. O. Box 8249, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, II, et al

**DEFENDANTS 12.1 STATEMENT OF UNDISPUTED FACTS**

Now come the Defendants and hereby submits the following statement of undisputed facts, pursuant to Local Rule 12.1:

1. Plaintiff, Oliver Lyons, at all pertinent times, was a Rhode Island penal inmate;

2. During the month of September, 2004, Plaintiff was housed at the High Security Center facility;

3. Plaintiff alleges that on September 2, 2004, he was attacked by another inmate and sustained a knee injury;

4. During the month of September, 2004, Plaintiff was, in fact, examined by Dr. Poshkus, a physician employed by the ACI, based on his statement that he used a razor belonging to another inmate who had Hepatitis C;

5. According to Plaintiff's ACI medical record, at no time between September, 2004 through December, 2004 did he ever notify any member of the ACI medical staff that he sustained an injury to his knees;

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Oliver Lyons

RE: CA 05-433 ML

Lyons v. Wall, et al.

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 11/28/05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

✓ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Document violates Amended General Order 2002-01.

✓ 9. Other: NO ORIGINAL SIGNATURE

ENTER:

[signature]

United States Magistrate Judge

Date: 11/28/05

cc: Counsel of Record

___x___ Your document(s) are hereby refused and returned to you for the following reason(s):

__x__ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)(no original signature)

__x__ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $150.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:______________________________

ENTER:

David L. Martin
United States Magistrate Judge

Date: 11/25/05

cc: Counsel of Record