United States District Court
For The District Of Rhode Island

Oliver Lyons
V
Ca No 05 433 ML
A T Wall ll et al

Plaintiffs affidavit Rebuttal

The Plaintiff would ask the the Defendants Affidavit submitted by their Legal Counsel and signed by Pauline Marcussen not be made part of the Court record for the following reasons

The document does not addressed any of the concerns and allegations made in the Plaintiffs Complaint Ca No 05 433 ML and is not relevant to any of the Plaintiffs allegations in his Complaint.

The Plaintiffs Complaint time frame is from November 2004 at Intake to March 22, 05 at Intake and March 22 05 to August 23 05 at Medium I and August 23 05 to the time the Plaintiff filed his Complaint at Intake on October 19, 05

Certification

The undersigned Plaintiff certifies he mailed copies of Plaintiffs rebuttal to Defendants affidavit to the Defendants Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920 and to United States District Court One Exchange Terrace Providence Rhode Island 02903 on December 1, 2005

Plaintiff Pro Se

original signature [signature]

P.O. Box 8273
Cranston Rhode Island
02920

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, II, et al

**AFFIDAVIT**

I, Pauline Marcussen, being duly sworn do hereby depose and say:

1. I, Pauline Marcussen am employed with the Rhode Island Department of Corrections as Chief Program Development, Medical Records Administrator;

2. That the two (2) pages attached herewith are true copies of Mr. Lyons' medical records. The first document depicts entries made by ACI nurses after examining Oliver Lyons at the High Security Center, said examinations taken place between May 10, 2004 and October 14, 2004; the second (2nd) document depicts entries by ACI physicians' examination notes following examinations with Oliver Lyons;

3. The examinations of Plaintiff, as documented in the attached physician contact notes occurred on September 7, 2004, October 11, 2004, and November 15, 2004;

4. Both of the attached documents are true and accurate copies of the original medical record pertaining to Oliver Lyons;

5. All entries thereon were made at or near the actual time of the events they describe;

6. The Department maintains medical records of all inmates incarcerated at the ACI in its regular course of business.

Pauline Marcussen, MS, RHIA, CCHP

Pauline Marcussen

Signed and sworn to before me, in ~~Cranston~~, this 15th day of November, 2005.

Marcia Ann Croce

Notary Public
My Commission expires 9/9/09.

RHODE ISLAND DEPARTMENT
OF CORRECTIONS
NURSING CONTACT NOTES

NAME Lyons, Oliver

DOB 1/1/50 91023

S (subjective symptoms) O (objective findings)
A (assessment or impression) P (plan)
All entries must be **signed**, **dated** and **timed.**

| DATE & TIME | ENTRY CODE SECURITY | |
|---|---|---|
| 5/10/04 1:30 pm | HSC | BP 124/84 @ inmate request. Pleasant & cooperative at this time. M Hale RN |
| 5/17/04 8:30 | HSC | Refused MD when called in secondary to his med slip. M Hale RN |
| 6-8-04 GP | HSC | Upon 4pm med pass found inmate to have facial wounds to Rt cheek bone [illegible] periorbital area and Rt upper lip. Swollen & bleeding & c/o pain. Ice Given but refused. Will continue to be watched by SPN. Swelling down [illegible] Still denying pain still bleeding. [signature] |
| 6/11/04 7:30 | HSC | Inmate states he is suicidal & plans to hurt himself. Moved to RR#1. Dr Bauermeister paged. M Hale RN |
| 6/11/04 7:50 | HSC | Dr Bauermeister notified M Hale RN |
| 6/14/04 7:30 p | HSC | Inmate back in [illegible] per order Dr. Friedman. Inmate states nothing has changed & he plans to cut his wrists tonight. Inmate is to have no utensils on his tray. M Hale RN |
| 9-7-04 12n | HSC | Inmate states he shaved with a razor that belongs to another inmate who has Hep C. Seen by Dr Paskhus. Lab ordered. M Hale RN |
| 9-8-04 7A | HSC | Inmate refused bloodwork M Hale RN |
| 10/14/04 3-11 | HSC | Inmate at Court during pm Medline, during Evening Medline Inmate agitated/anxious, Medicated c̄ Evening dose, Call To MD, May Provide PRN Dose if Agitation anxiety persist — [signature] |

HSP #5 REV. 7-91

PE - ews - [illegible]
Add - soft, NT, ND, ⊕BS

A/P ① ? Hep C exposure - ✓ Hep C PCR, [illegible]

[signature]

10/11/[illegible] Mr [illegible] is [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] knee.
[illegible]

11/15/[illegible] [illegible] [illegible] knee swelling [illegible] [illegible]
[illegible]
[illegible]