United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall II et al

Ca No 05 433 ML

Affidavit

The undersigned Plaintiff would like to submit the following Affidavit and documents in support of his Motion For Summary Judgment Pursuant to Rule 56 of the Fed R of Civil Procedure. The Plaintiff clearly attests under penalty of perjury the facts alleged are true and correct to the best of his knowledge and belief.

1. A two page MRI done on 11 19 2004 showing serious damage to his right knee.
2. A Travel sheet showing the Plaintiff was moved to Medium Security on March 22, 05 and put in general population on August 15, 05 and moved back to Segregation on August 15, 05. The next day the Plaintiff was Classified High Security on August 16, 05
3. A Discipline History Sheet showing the Plaintiff was discipline free from March 15 to August 23 05
4. A booking written by an Inspector Langlois alleging the Plaintiff was

"deceitful" and gave false information to Correctional staff and the Plaintiff was found not guilty but locked in his cell for six days without a shower or recreation.

5 A booking written by an Investigator Lawson alleging the Plaintiff gave false information to staff again the Plaintiff was called "deceitful" and found not guilty but was locked in his cell and denied a shower and recreation for six days.

6 A letter to Director A T Wall II from Deputy Warden Caruso dated January 19, 05 alleging I could not produce copies of requests that I had made for legal materials, reading materials, hot showers outdoor recreation and being locked in my cell for six days and denied a shower and recreation and then found not guilty.

7 A letter from Director A T Wall II to Deputy Caruso at Intake dated March 22, 05 telling the Deputy that he Director Wall received numerous signed requests for concerns, complaints for legal materials, reading materials, showers, outdoor recreation and being locked in my cell and then found

not guilty
The requests were addressed to LT Barney officer Raposa and another officer that was officer Delaney
Officer Delaney was the law library officer on the 7-3 shift and officer Raposa is the law library officer on the 3-11 shift
They are both under LT Barney's direct command.
LT Barney officer Raposa and officer Delaney are all Defendants who knowingly destroyed requests and then lied and by doing so denied me Due Process
The request forms had four copies at the time and I saved my signed inmate copies.
It should be noted all request now are one page without any copies.

Plaintiff
Olvin Lynn Pro Se
P.O. BOX 8273
Cranston Rhode Island 02920

Sworn and subscribed to before me on the 15th day of December 2005
Notary Public
COMMISSION EXPIRES
9-22-09

Certification

The Plaintiff on December 23, 2005 mailed three copies of his Affidavit with attached documents in Support of his Motion For Summary Judgment to the Clerk Of the Court United States District Court One Exchange Terrace Providence Rhode Island 02903

The Court received the original copie withe the Plaintiffs original signature and 2 copies with the Plaintiffs original signature.

The Plaintiff also mailed a copy to the Defendants legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se

original signature [signature] Pro Se

original copy