1

United States District Court
For The District Of Rhode Island

Oliver Lyons
V
Ashbel T Wall II et al
Walter Whitman
Deputy Hilterman
Warden McCauley
Deputy Kettle

Ca No 05 433 ML

Objection to Report and Recommendation by Jacob Hagopian Magistrate Judge

Justice Hagopian's Report and Recommendation is so blatantly bias and unfounded and full of misinformation and outright lies as is the Defendants Motion to Dismiss that it makes the Plaintiff wonder if the Magistrate is the Defendants Attorney.

In support of the Plaintiff objection he would ask that Ms Justice Lisi not only read the Complaint but also the Plaintiffs Rebattal to the Defendants Motion to Dismiss that he filed with the Court. The Plaintiffs Affidavit and rebattal to the Defendants affidavit in

support of their motion to Dismiss
The Plaintiffs answers to the Defendants 12(f) Statement of Undisputed Facts
The Plaintiffs 12(b) Statement of Undisputed Facts
The Defendants filed their Motion to Dismiss because if they were to answer the Plaintiffs Complaint they would have had to admit to each and every allegation in his Complaint.
Prison records and medical records submitted by the Plaintiff prove and support each and every allegation in his Complaint.
They are all before the Court
On page two of Justice Hagopians Report and Recommendation he states "In his Complaint the Plaintiff alleges a hodgepodge of allegations"
The Plaintiffs Complaint if read clearly states in a very con and orderly manner each and every allegation in his Complaint

"On page two under background Magistrate Hagopian states "On November 9, 2004 Plaintiff alleges that he was transferred to the Intake Service Center While being escorted by officer Lombardi Plaintiff alleges he was assaulted and injured by another inmate and injured his knee"

This causing additional damage to the Plaintiff knee.

First the Defendants in their Motion to Dismiss say The Plaintiff never injured his knee in November 2004 and was never seen by a doctor nor did the Plaintiff receive an M.R.I.

The Plaintiff submitted medical records with attached Affidavit showing he was taken to Rhode Island hospital for ~~an~~ treatment and then for another M.R.I on November 19 2004 showing severe damage to his knee.

This was the second of three M.R.I's done on the Plaintiff's knee. The Defendants Affidavit has nothing whatsoever to do

with the allegations made in the Plaintiffs Complaint.

Magistrate Haggopian state on page two under Background

Plaintiff claims defendant Lombardi did not follow R.I.DOC policy which permitted an assault to occur.

First the Plaintiff is Classified High Security S.R.G. Segregation single recreation and Defendant Lombardi escorted the Plaintiff while he was cuffed through the recreation area of 4 nonsentenced inmates.

This is a clear Violation of Policy. Defendant Captain Clancy admitted that.

The Defendants claim the Plaintiff doesn't quote policy.

The Defendants denied the Plaintiff's request for the policy and Magistrate Haggopian denied the Plaintiffs Motion to Compel Production.

Justice Haggopian states on page two under Background

"Plaintiff also alleges that an unnamed correctional officer discarded his knee brace, that he was forced to take cold showers and that he was denied outdoor recreation."

The Plaintiff submitted memo's and requests showing that there isn't any hot water in the shower at L block Segregation and the Defendants don't dispute that.

Because there isn't any locked recreation area at Intake inside the Plaintiff was made to take his entire hour recreation cuffed behind his back, because the Plaintiff wanted cuffing policies follow so he couldn't be set up. The Defendants could have put the Plaintiff in a locked recreation cage outside where he wouldn't have to be cuffed behind his back.

This is a clear Violation of the 8th Amendment and shows a prior knowledge and deliberate indifference

Estelle v Gamble 429 U.S 97 102 1976
Farmer v Brennan 511 U.S. 825 832 1994

It is well established that the prohibition against cruel and unusual punishment requires prison officials to "provide humane conditions of confinement" for inmates.

That requirement includes an obligation to "insure that inmates receive adequate food, shelter, and medical care and to take reasonable measures to provide for their safety.

The Plaintiff has submitted his medical records with Affidavit to the Court.

The Plaintiff has had pain and severe swelling and instability with his right knee for over 4 years and it continues to buckle causing severe pain and swelling.

The Plaintiff has had MRI's on November 18 2001 November 19 2004 and April 25, 2005 and signed a

Contract on June 6, 2005 with Rhode Island hospital Sports medicine.
It was signed by the Plaintiff and doctor Fadale.
The Plaintiff has had 3 knee braces thrown away by officers and the 4th knee brace was given back by the Plaintiff after Defendants Barney and Lombardi threatened to gas and extract him if I didn't give it up.
"They told the Plaintiff "There isn't anything wrong with your knee".
Medical records I now have show the brace had metal in it. This wasn't told to the Plaintiff.
The Plaintiff has been repeatedly assaulted while cuffed behind his back and taken to outside hospitals with life threatening injuries.
Justice Lisi you have my medical records before you

and the Plaintiff will make them public showing not only cruel and unusual Punishment and deliberate indifference by the Defendants but deliberate indifference by Justices like Magistrate Hagopian whom I believe is more responsible than the cowardly officers who beat me.
The Plaintiffs documents submitted to the Court support each and every allegation in his Complaint. Magistrates Hagopian Report and Recommendation is not based on facts but is fiction and a complete distortion of the facts and truth. He is either incompetent or didn't read the Complaint and the documents submitted by the Plaintiff to show the Defendants Motion to Dismiss is a work of fiction that offers no evidence whatsoever to contradict the Plaintiffs allegations in his Complaint.

For Magistrate Hagopian to say It doesn't warrant a hearing is laughable and leaves one speechless.

I ask that you dispose of this report and recommendation and examine this Magistrates Jurist prudence

Plaintiff Pro Se
Oliver Lyons
P.O. BOX 8273
Cranston Rhode Island 02920

Certification

I the undersigned Plaintiff certifies that he mailed two copies of his objection to Magistrate Hagopians Report and Recommendation with the original with my original signature to the United State District Court One Exchange Terrace Providence R.I 02903 and a copy to the Defendants legal Counsel at 80 Howard Avenue Cranston R.I 02920

Plaintiff Pro Se
Oliver Lyons
P.O. BOX 8273
Cranston R.I 02920