No Response

United States District Court
For The District Of Rhode Island

FILED
JAN 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Oliver Lyons
v
A T Wall II et al

Ca No 05 433 ML

Denied. Mary M. Lisi USDJ 2/3/06

## Motion For Judgment Of Default

Pursuant to Rule 55 of The Fed R Of Procedure the Plaintiff in the above entitled case would ask that the Defendants be found in Default and that all relief asked for in Plaintiffs Complaint be granted for the following reasons.

The Defendants were served with the Complaint Notice Of Complaint and summons on October 22, 2005

The Defendants have not answered the Complaint nor their legal Counsel.

The Defendants have not returned any summons to the Plaintiff to be filed with the Court.

The Defendants were served on October 22, 2005

Plaintiff Pro Se
original signature Oliver Lyons
P.O. Box 8273
Cranston Rhode Island 02920

Certification

On December 23, 2005 The Plaintiff mailed three copies of his Motion For Judgment Of Default to the United States District Court One Exchange Terrace Providence Rhode Island 02903 and one copy to the Defendants legal Counsel Attorney Grant at 40 Howard Avenue, Cranston Rhode Island 02920

Plaintiff Pro Se

original signature Alvus Lynn

P.O. BOX 8273
Cranston Rhode Island 02920