UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION FOR JUDGMENT OF DEFAULT

Now come the Defendants in the above-entitled matter and hereby object to the Plaintiff's motion for judgment of default as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 31st day of January, 2006, I mailed a true copy of the within Defendants' Objection to Plaintiff's Motion for Judgment of Default and accompanying Memorandum to Oliver Lyons, P. O. Box 8273, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

## MEMORANDUM

Plaintiff filed the instant motion alleging that the Defendants were served with a copy of the complaint and summons on October 22, 2005; that they have not answered the complaint, and accordingly, his motion should be granted.

Defendants, in fact, did not answer the complaint; however, in November 2005, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Said motion is currently pending before this Court for disposition.

Accordingly, Plaintiff's motion should be denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864