**DISTRICT COURT OF THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

**V.** **C.A.NO. 05-433ML**

**ASHBEL T. WALL, II, ET AL**

# PRETRIAL ORDER

**Pursuant to the Pretrial Conference held on FEBRUARY 14, 2006 under Rule 16 of the Federal Rules of Civil Procedure, it is ordered that all pretrial discovery will be closed by MARCH 16, 2006. The Court further orders that counsel present the following by APRIL 14, 2006:**

**1. A typewritten memorandum in which**

**(a) Plaintiff will set forth what is expected to be proven in support of the claim, indicating each witness to testify with a brief summary of his testimony.**

**(b) Defendant will set forth what is is expected to be proven in defense, indicating each witness to testify with a brief summary of his testimony.**

**2. Memorandum of supporting law with citations of authorities. This is to include all the law applicable to the case with emphasis on special legal issues. All pertinent citations will be fully briefed.**

**3. A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered. All said exhibits will be pre-marked by the plaintiff in numerical order and by defendant in alphabetical order.**

**4. A list of all witnesses indicating those to testify as experts.**

**5. If said captioned case is to be tried before a jury, full and complete proposed jury instructions.**

6. Probable length of trial.

7. Any additional matter which counsel feel will aid the Court in the disposition and/or hearing of said action.

8. Said captioned case will thereafter be assigned to the continuous trial calendar.

9. Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal or default.

10. Any dispositive motions must be filed within 30 days from the close of discovery. Upon the filing of any such dispositive motion, pretrial memos will be due within two weeks of the grant or denial of such motion.

11. After 10 days from the close of discovery, no motions shall be filed and accepted by the Clerk of this Court except by leave of the undersigned; absent the acceptance of any motion, the case is subject to being called for trial on a 48-hour notice.

12. Every effort should be made to settle the case before jurors are summoned for impanelment. Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than seven (7) days before the scheduled impanelment date. Jury costs and/or counsel fees may be assessed against one or more of the parties and/or their counsel if the court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

**SO ORDERED:**

JACOB HAGOPIAN
Senior United States Magistrate Judge
FEBRUARY 14, 2006

Entered as an Order of this Court on 15 day of FEBRUARY, 2006

Deputy Clerk