UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

## DEFENDANTS BARNEY, RAPOSA, DELANEY AND LOMBARDI ANSWERS TO PLAINTIFF'S COMPLAINT

Now come the above-referenced Defendants and hereby answer the Plaintiff's complaint as follows:

Defendants deny each and every allegation contained in the Plaintiff's complaint and leave Plaintiff to his proof.

### FIRST DEFENSE

This Court lacks subject matter jurisdiction over Plaintiff's claims.

### SECOND DEFENSE

Plaintiff does not allege any facts that would support a valid claim under 42 U.S.C. § 1983. Plaintiff does not state any claim against Defendants cognizable in this Court.

### THIRD DEFENSE

This action is barred by the doctrine of sovereign immunity.

### FOURTH DEFENSE

The Defendants have the benefit of all express and implied exceptions to the statutory waiver of sovereign immunity.

FIFTH DEFENSE

At all times material to the allegations in the complaint, the Defendants were in the exercise of due care and Defendants, in good faith, duly fulfilled any and all duties owed to the Plaintiff if, in fact, any duties were owed.

SIXTH DEFENSE

The Defendants at all times acted reasonably and in good faith and did not violate any clearly established constitutional rights of the Plaintiff. Accordingly, Defendants assert the defense of qualified immunity.

SEVENTH DEFENSE

Defendants Barney, Raposa, Delaney and Lombardi, to the extent that they are sued in their official capacities as Correctional Officers at the Intake Service Center facility of the Rhode Island Department of Corrections, all having the benefit of their status as sovereigns, together with all privileges and immunities which inure to said status.

WHEREFORE, Defendants demand entry of judgment in their favor, plus costs and attorney's fees.

DEFENDANTS,
By Their Attorney,

Michael B. Grant, Esq.
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 16th day of February 2006, I mailed a true copy of the within Answer to Casey Barney, Paula Raposa, Philip Delaney and Steven Lombardi, P. O. Box 8249, Cranston, R. I. 02920.

________________________