United States District Court
For The District Of Rhode Island

Oliver Lyons
V Ca No 05 433 ML
AT Wall Etal

Motion For Appointment Of Counsel

Pursuant to USC 1915(e)(1) The Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion the Plaintiff states

1 The Plaintiff is unable to afford Counsel

2 The Honorable Ms Justice Lisi has found the Plaintiff states a claim for relaliation and a violation of the Plaintiffs 1st Amendment rights by Defendants Barney Raposa and Delaney and a Violation of the Plaintiffs 8th Amendment rights by Defendant Lombardi

3 Defendants Delaney and Raposa were law library officers on the 7-3 and 3-11 shifts at the ACI in Cranston RI 02920

4 The Plaintiff was moved to New Hampshire State Prison on February 2, 2006 and The New Hampshire State Prison

Administration is very angry after viewing the Plaintiffs medical records and have told the Plaintiff he will not litigate from New Hampshire, and they are very very angry and say "I was dumped on them"

5 In a Telephonic pretrial conference on February 14, 06 the Honorable Magistrate Hagopian was not aware the Plaintiff was in New Hampshire and his Honor was I believe very surprised when this was made known to him by the Plaintiff.

6 The Defendants Councel Attorney Grant arranged the phone call and deliberately avoided telling the Honorable Magistrate Hagopian that the Plaintiff was in New Hampshire

7 The Plaintiff is locken down and has no ability to litigate from New Hampshire.

8 Despite being denied his 1st Amendment rights by Defendants Barney Raposa and Delaney the Plaintiff was able to preceed

with his law suit but now it is impossible

9 A trial is likely in this case and Counsel will be able to gather and present evidence and cross examine witnesses

10 The Plaintiff has made every attempt to obtain Counsel

Memorandum

In Parham v Johnson 126 F 3rd 454 461 (3rd Cir 1997)

The Court of Appeals said that "Where a Plaintiff case appears to have merit and most of the aforementioned factors have been met courts should make every attempt to appoint Counsel

In Hendricks v Coughlin 114 F 3rd (2nd Cir 1997) a U.S. Court of Appeals found that District Court abused its discretion in refusing to appoint counsel for a prisoner in a Section 1983 case.

Wherefore the Plaintiff request that the Court appoint a member of the Rhode Island Bar as counsel in this case

February 15, 06 Oliver Lyons Pro Se
New Hampshire Prison
P.O. Box 14
Concord, New Hampshire
03302

Certification

The Plaintiff certifies that he mailed two copies (hand written) of his Motion for appointment of Counsel with Memorandum to the United States District Court One Exchange Terrace Providence Rhode Island 02903 and a copy of the motion and Memorandum to the Defendants Legal Counsel at 40 Howard Avenue Cranston, Rhode Island 02920

Plaintiff Pro Se
Feb 15, 06 Oliver Lyons
New Hampshire Prison
P.O. Box 14
Concord New Hampshire
03302