FILED

District Court Of The United States
For The District Of Rhode Island

Oliver Lyons
V
A T Wall Etal

Ca No 05 433 ML

Objection to Magistrates Hagopian's denial of the Plaintiffs Motion For Appointment of Counsel

The Plaintiff had filed motions twice previously for appointment of Counsel both denied by Magistrate Hagopian The Plaintiff stated in his previous motions he was locked down in a Segregation cell and being denied law books law clerk law library law cart and many other things.

After my denial of counsel the court found the Plaintiff stated a claim against law officers Raposa Delaney and also against Defendant Barcey for a Violation of my 1st Amendment rights and that the Defendants had taken retaliatory action against the Plaintiff.

Denied. Mary M. Lisi USDJ 3/21/06

The Court also found that the Plaintiff stated an 8th Amendment claim against Defendant Lombardi.

This wasn't "exceptional circumstances" according to Magistrate Hagopian and didn't warrant appointment of Counsel.

Then on February 2 2006 the Plaintiff was shipped out of State to New Hampshire State Prison.

Upon his arrival the Plaintiff was told "He would not litigate from New Hampshire" and all legal access was denied.

Then on February 14, 06 The Plaintiff had a telephonic ~~phone~~ Pre trial Conference on a three way with Magistrate Hagopian the Defendants Legal Counsel, Attorney Grant and The Plaintiff

I told Magistrate Hagopian I was being denied court access and couldn't get the necessary legal materials to proceed.

Justice Hagopian wasn't aware I was in New Hampshire

On March 9 2006 the Plaintiff was returned to Rhode Island. On March 14 2006 the Plaintiff was given a phone call to United States District Court and found out his motion for Appointment of Counsel was denied on March 7 06. The Plaintiff believes the Defendants Legal Counsel has exploited the Plaintiffs confinement, deceived the Court, sent the Plaintiff out of state in relaliation for filing his law suits, and did not divulge the severity of the Plaintiffs injuries.

I ask that counsel be appointed for all the stated reasons.

March 15, 06
Oliver Lyons

Plaintiff Pro Se
Olliver Lyons
P.O. Box 8273
Cranston Rhode Island
02903

Memorandum

In Hendricks v Coughlin 114 F3d (2nd Cir 1997) a U.S. Court of Appeals found that the District Court had abused its discretion in refusing to appoint Counsel for a prisoner in Section 1983 case

In Parham v Johnson 126 F 3rd 454 461 (3rd Circuit 1997)
The Court of Appeals said that "where a Plaintiff's case appears to have merit and most of the aforementioned factors have been met courts should make every attempt to obtain counsel

Certification

The Plaintiff certifies that he mailed the original and a copy of his objection to Magistrates denial of the Plaintiff Motion to Appoint Counsel to Ms Justice Mary M. Lisi of the United States District Court One Exchange Terrace Providence Rhode Island 02903 and a copy to the Defendants Legal Counsel 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se

March 15, 06 Oliver Lynn

P.O. Box 8273

Cranston Rhode Island 02920