United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Et al

Ca No 05 433 ML

Plaintiffs Objection To Defendants Objection To The Plaintiffs Motion For Injunctive Relief / Restraining Order

Defendants Memorandum

"Plaintiff on February 2, 2006 was tranferred to a Correctional Facility in the State Of New Hampshire"

Defendants Statements under Injunctive Relief

Plaintiff is no longer in the physical custody of the Rhode Island Department of Corrections. Accordingly the Defendants named in the Complaint don't have access to the Plaintiff and accordingly no longer present any danger or threat to him assuming that his allegations are true

Accordingly there is no immediate and irreparable possibibility of injury.

Accordingly in light of the fact that the issues underlying Plaintiff's request for Injunctive relief are now moot, Defendants urge that the Plaintiff's application be denied.

The Court and the Plaintiff were notified on March 6, 2006 and the Plaintiff was returned to Rhode Island March 9, 2006.

The Court should grant the Plaintiff Motion For Injunctive Relief/Restraining Orders because having the Plaintiff returned to Rhode Island makes the Defendants Objection moot.

Plaintiff Pro Se
Oliver Lyons
P.O. BOX 8273
Cranston, Rhode Island 02920

Certification

The undersigned hereby certifies that on this 16th day of March 2006 I mail a original and a copy of Plaintiffs Objections to the Defendant Objection to the Plaintiffs Motion For Injunctive Relief / Restraining Order to the United States District Court One Exchange Terrace, Providence 02903 Rhode Island and one copy to the Defendants legal Counsel at 40 Howard Avenue Cranston, Rhode Island 02920

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston, Rhode Island 02920