United States District Court
For The District Of Rhode Island

Oliver Lyons Pro Se
V
A T Wall Etal

Ca No 05 433 ML

Objection To Magistrates Hagopian's Report And Recommendation signed on March 14 2006

The Magistrate is once again not informed on the facts and so out of touch that the Plaintiff would ask the Court to take a close look at the Magistrates rulings and the outright lies and false information the Defendants have submitted to the Court

The Report and Recommendation was received by the Plaintiff on March 29 06 and Postmarked in Providence on March 28 06

Did it go to New Hampshire first?

Magistrate Hagopian states in the in the first paragraph of his Report and Recommendation

"Currently before the Court is the Motion of the Plaintiff for Preliminary Injunctive Relief Defendants have

objected thereto. This matter has been referred to me pursuant to 28 U.S.C. 636(b)(1)(B) for a report and recommendation. For the reasons I recommend that plaintiffs motion be denied."

Discussion

Under discussion the Magistrate states "Plaintiff filed an instant motion for Preliminary injunctive relief complaining of physical abuse by defendant Lombardi while confined at the Adult Correctional Institutions. By way of the instant motion plaintiff seeks an order from the Court enjoining further physical abuse by Lombardi.

Plaintiff however is no longer confined at the Adult Correctional Institutions. Plaintiff is presently confined at a prison in New Hampshire. Thus plaintiff no longer faces the alleged physical abuse at the Adult Correctional Institutions by defendant Lombardi. Accordingly, Plaintiffs Motion for injunctive relief is moot and should be denied

Well Magistrate Hagopian the

Plaintiff was moved back to Rhode Island Adult Correctional Institutions on March 9, 2006 so your only reasons for your recommendation that my motion be denied is moot. For that reason my motion should be granted.

If that isn't enough you should have looked at the Defendants Objection to my motion giving the same reasons you have given my motion was moot because I was in New Hampshire.

This Objection is dated March 6, 2006 I was moved back to the ACI on March 9, 2006 making their objection moot.

I ask that the Plaintiffs Motion for Injunctive relief be granted.

Enclosed is the Defendants Objection to the Plaintiffs Motion for Injunctive Relief / Restraining order dated March 6, 2006 and Magistrate Report and Recommendation dated March 14, 06

The Plaintiffs asks all relief be granted.

Plaintiff Pro Se
March 29 06 Oliver Lynn
P.O. BOX 8273

## Certification

I the undersigned mailed the original and a copy of his Objection to Magistrate Report and Recommendation and a copy of the Defendants Objection to the Plaintiffs Motion to United States District Court One Exchange Terrace Providence Rhode Island 02903 and also a copy of the Plaintiffs Objection to Magistrate Hagopians Report and Recommendation to the Defendants Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
March 29 06 Oliver Lynn
P.O. BOX 8273
Cranston, Rhode Island 02920