UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Oliver Lyons

v. C. A. NO. 05-433 ML

A. T. Wall, et al

DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION ENTERED BY UNITED STATES MAGISTRATE JUDGE JACOB HAGOPIAN

Now come the Defendants and hereby respond to the Plaintiff's objection to United States Magistrate Judge Hagopian's Report and Recommendation entered on March 14, 2006 as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, R. I. 02920

CERTIFICATION

The undersigned hereby certifies that on this, the 7th day of April, 2006, I mailed a true copy of the within Defendants' Response To Plaintiff's Objection To Report And Recommendation Entered By United States Magistrate Judge Jacob Hagopian, and accompanying Memorandum to Oliver Lyons, P. O. Box 8273, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Oliver Lyons

v. C. A. NO. 05-433 ML

A. T. Wall, et al

MEMORANDUM

Plaintiff objects to the Report and Recommendation issued by United States Magistrate Judge Jacob Hagopian on March 14, 2006. The Report and Recommendation denied Plaintiff's request for injunctive relief on the grounds that Plaintiff was no longer incarcerated at the Adult Correctional Institutions, Cranston, Rhode Island and was transferred to a confinement facility in the State of New Hampshire. Plaintiff had sought injunctive relief against Defendant Lombardi, who had been allegedly physically abusing Plaintiff.

Plaintiff objects to the Report and Recommendation on the grounds that he was returned to the ACI in Cranston, Rhode Island, and therefore, the grounds he invoked in seeking injunctive relief are valid once again. However, Plaintiff is currently incarcerated at the Maximum Security facility, and has been since his return on March 9, 2006. Correctional Officer/Defendant Lombardi is posted at the Intake Service Center, a facility separate from the Maximum Security facility. Plaintiff was confined at the Intake Service Center prior to his transfer to the State of New Hampshire in early February, 2006. However, he is now confined in Maximum Security and physically not subject to Defendant Lombardi.

Accordingly, Plaintiff's situation does not warrant injunctive relief and the Report and Recommendation of Magistrate Judge Hagopian should be accepted.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, R. I. 02920