United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No 05 433 ML

Plaintiff's Response to Defendant's Response to Plaintiff's Objection to Report and Recommendation Entered By United State Magistrate Judge Jacob Hagopian.

On March 6, 2006 The Defendant's filed an Objection To Plaintiff's Motion For Injunctive Relief / Restraining Order saying the Plaintiff was in New Hampshire and the Plaintiff's Motion was moot

On March 14, 2006 Magistrate Hagopian in his Report and Recommendation said The Plaintiff's Motion should be denied because the Plaintiff was in New Hampshire and his Motion was moot

The Plaintiff then filed an Objection to Magistrate Hagopian's Report and Recommendation because the Plaintiff was returned to Rhode Island on March 9, 2006 making both

the Defendant's Objection to my Motion and Magistrate Hagopian's Report and Recommendation moot.
My motion should be granted.
Now once again the Defendant's are knowingly and willfully giving the Court false information.
The Plaintiff enclosed ACI records to document and show the Defendants outright lied once again.
In the Defendant's Response to the Plaintiff's Objection to Report and Recommendation entered by United States Magistrate Judge Jacob Hagopian They state in their Memorandum "Plaintiff was confined at the Intake Service Center prior to his transfer to the State of New Hampshire in early February 2006"
The Plaintiff was confined at Maximum Security from November 17, 2005 - February 2, 2006 at or in Segregation prior to his Transfer to the New Hampshire State Prison. The Plaintiff was not at Intake prior to his Transfer to New Hampshire

The Plantiff was returned to Maximum Security in Rhode Island on March 9, 2006 and put in Segregation. In New Hampshire the Plantiff was not in Segregation and allowed outdoor recreation dayroom and showers and also radio and store orders.

This is what the Plantiff was asked and then told by New Hampshire staff and officials.

How were your ribs fractured three times?

How did you receive two concussions?

How did you receive multiple fractures to your face?

How did you injurer your liver and kidneys to cause internal bleeding?

How did you receive the ligament and other damage to your knee?

Where is your knee brace?

Why didn't doctor's operate?

How did cut the back of your head and receive stitches?

I told them they should ask Magistrate Hagopian who denied my motions to Compel the Cowards to produce VCR tapes of my extraction, photo's of my injuries, Surveillance tapes and Cuffing policies.
The prison officials said you were dumped on us and we don't want you or your injuries and litigation.
We are not responsible for your injuries and you will not litigate from New Hampshire.
Magistrate Hagopian if you can condone my abuse and severe injuries sustained by being beaten by sadistic cowardly officers then you must think that the officers that made an inmate eat his own fece's is normal and acceptable behavior!
If there is film of this incident you would certainly rule it is "Confidential" or maybe a "Burden" to produce, or a "Vague"
It could be someone else's fece's?

Plaintiff Pro Se

April 11, 06 [signature]