UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A, T, WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Now come the Defendants in the above-entitled matter and hereby object to the Plaintiff's motion for summary judgment as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 25th day of April, 2006, I mailed a true copy of the within Defendants' Objection to Plaintiff's Motion For Summary Judgment and accompanying Memorandum to Oliver Lyons, P. O. Box 8273, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A, T, WALL, ET AL

MEMORANDUM

Plaintiff has filed with this Honorable Court a motion for summary judgment and also filed a Memorandum, nine pages in length. Plaintiff, in conclusional fashion, claims he was assaulted by an inmate as a result of Defendants violating the hand-cuffing policies. Plaintiff fails to provide a date of the alleged assault. Defendants deny these allegations, as indicated in their statement of disputed facts, filed contemporaneously herewith.

Accordingly, Defendants urge that the Plaintiff's motion be denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864