UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A, T, WALL, ET AL

DEFENDANTS' STATEMENT OF DISPUTED FACTS
PURSUANT TO LOCAL RULE 56 (a)

1. In the year of 2005, Plaintiff was not assaulted by another inmate;

2. In escorting Plaintiff to the hospital area in January 2005, inmate Curry attempted too assault Plaintiff but was unsuccessful;

3. Defendants and Department staff have not violated the hand-cuffing policies during times when Plaintiff has been transported.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Dept of Corrections
40 Howard Avenue
Cranston, RI 02920
Bar No. 3864