1

United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No. 05 433 ML

Plaintiffs Answers To Defendants Objection To Plaintiffs Motion For Summary Judgment

The Plaintiff asks that the Court look at the Defendants Memorandum and Defendant's Statement of Disputed facts Pursuant to Rule 56 a and read the Plaintiffs Motion for Summary Judgment submitted on March 27 06 and the Affidavit with the Plaintiffs medical records and the Defendants 12.1 Statement of undisputed facts submitted on November 15, 2005 and ask that the Court grant the Plaintiff Summary Judgment or let a jury decide this law suit on the merits.

The Defendants in their 12.1 Statement of undisputed facts claims the Plaintiff never notified any member of the Department of Corrections medical staff between September 2004

and December 2004 that he had an injury to his knee.

In the Plaintiffs Motion For Summary Judgment he submits and Affidavit with his medical records showing the Plaintiff was seen by Doctor Matola of the D.O.C. and transported to Rhode Island hospital Emergency room on November 15 04 and then had an MRI on November 19 2004.

This shows the Defendants 12 L Statement of Undisputed Facts was outright Lies and now once again the Defendants are attempting to cover up my abuse with more outright lies.

Now in their Memorandum the Defendants say the Plaintiff fails to provide a date of the alleged assault.

This is just an incredible statement if you read the Plaintiffs Motion For Summary Judgment and attached medical documents and all of them pertaining to the assault on November 15, 04

I would ask this Honorable Court to look very closely at this Motion for Summary Judgment so I can receive medical treatment for my knee.

Now the Defendants also submit another false Statement of Disputed Facts Pursuant to Local rule 56 a

1. In the year 2005 Plaintiff was not assaulted by another inmate

answer This is never stated in the Plaintiff's Motion for Summary Judgment

2 In escorting Plaintiff to the hospital area in January 2005 inmate Curry attempted to assault Plaintiff but was unsuccessful.

answer Total outright lie because there never was an assault on the Plaintiff in January 2005 in a hospital area or anywhere else in January 2005

The Plaintiff's medical records show the Defendant's are outright liars and ask that this Court not continue to allow this to go on!

3 Defendant's and Department staff have not violated the handcuffing policies during times when the Plaintiff has been transported

answer The Plaintiff filed a Motion Pursuant to rule 34 for Request For Production Of Documents and one of the documents requested was "the cuffing policies for a High Security Segregation inmate The Defendants objected on the grounds that it "contains Confidential information which if disseminated to the Plaintiff would compromise the safety and Security of the ACI" The Plaintiff filed a Motion Pursuant to rule 37 To Compel production that was denied by Magistrate Hagopian. The cuffing policies are relevant to all of his allegation and he submitted the rules and regulations as it pertains to an inmate Classified High Security Segregation

An inmate Classified High Security Segregation must be cuffed behind his back at all times prior to the opening of his celldoor.
An inmate Classified High Security Segregation can never leave the cellblock unless he is cuffed and shackled.
Accordingly the Plaintiff ask you deny the Defendants Objection To Plaintiff Motion For Summary Judgment and grant the Plaintiff Summary Judgment or let a jury decide on the merits and credibility of the Plaintiff and Defendants.

April 27, 06

Plaintiff Pro Se
Oliver Lynn
P.O. Box 8273
Cranston, Rhode Island 02920

Certification

The undersigned hereby certifies that on the 27 day of April 06 he mailed two copies of his Answers to the Defendants Objection to the Plaintiffs Motion for Summary Judgment to United States District Court One Exchange Terrace Providence Rhode Island and a copy to the Defendants Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920.
The Plaintiff also mailed the original to the Court.

April 27, 06

Plaintiff Pro Se
Oliver Lynn
P.O. Box 8273
Cranston Rhode Island 02920