United States District Court
For The District Of Rhode Island

Oliver Lyons Pro Se
v. Ca No 05 433 ML
A T Wall Etal

Objection To Report and Recommendation of Jacob Hagopian United States Magistrate Judge Feb R Civil P 72(b) 72(d)

On March 6, 2006 the Defendants filed an objection to the Plaintiffs Motion For Injunctive Relief / Restraining order for reasons proffered in an accompanying Memorandum

"Plaintiff was on February 2, 2006 transferred to a correctional facility in the State of New Hampshire"

"Plaintiff is no longer in the physical custody of the Rhode Island Department of Corrections"

"Assuming that his allegations are true" there is no immediate and irreparable possibility of injury"

The Defendants said his "request for Injunctive relief are now moot"

Then on March 14 2006 Magistrate denied my Motion by saying "Plaintiff is presently confined at a prison in New Hampshire. Thus plaintiff no longer faces the alleged physical abuse at the Adult Correctional Institutions by defendant Lombardi Accordingly plaintiff's motion for injunctive relief is moot and should be denied I so reccommend"

The Plaintiff then filed an Objection to Magistrate Hagopians Report and Reccommendation because on March 9.06 the Plaintiff was returned to Rhode Island making the reasons proffered by the Defendants and Magistrate Hagopian moot

Then the Defendants filed an response to the Plaintiffs Objection to Report and Reccommendation entered by Magistrate Hagopian.

On April 7 2006 the Defendants say the Plaintiff was confined at Intake prior to his Transfer to New Hampshire Outright lies once again.

I was at Maximum Security

and the resentenced to the care custody of New Hampshire on February 2, 06.
Ms Honorable Justice Lisi in New Hampshire I was not abused and not put in segregation and received a shower outdoor recreation dayroom store orders and could have a radio.
Ms Justice Lisi you must stop the careless and reckless actions and statements of Magistrate Hagopian because he has allowed my abuse to continue and I believe is every bit as responsible as the cowards who beat me and tortured me.
Your Honor Why was I returned to Rhode Island?
This is why and what New Hampshire officials asked me.
How were your ribs fractured three different times? and multiple cuts and bruises?
How did you receive two concussions and multiple cuts to your face neck and back of head?
How did you receive severe ligament and other damage to your knee

How did you receive multiple fractures to your face and injuries to your neck and cuts and bruises and how long were you in the Trauma Unit?
How did your eyes get corneal abrasion and bone fragments behind them?
What caused you to bleed internally? was it the injuries to your liver and kidneys?
How did you receive the cut to the back of your head needing stitches
Where is your knee brace?
Why didn't doctors operate a long time ago?
I told them I was taken to outside hospitals and Emergency Centers and had three MRI's on my knee and one on my head to see if there was internal bleeding in my head.

Your Honor to show the outright lies of the Defendants I submitted to this Court The Defendants 12.1 Statement of Undisputed Facts According to the Plaintiffs ACI medical record, at no time between September 2004 through December 2004 did he ever notify any member of the ACI medical staff that he sustained an injury to his knee. This document is signed by the defendants legal counsel on November 15, 2005

Your Honor I will again submit a medical document showing I was seen by the ACI doctor Motola and then transported to Rhode Island hospital Emergency room and I also submit their report dated November 15, 04 and I submit once again an MRI done on November November 19, 2004

New Hampshire officials told me they didn't want any part of my injuries or litigation and I was going back to Rhode Island.
They ask me why the Courts didn't do anything by now and I told them there are photo's Videotapes Surveillance film policies showing my beatings and injuries and that I put in a Request for Documents and they would not produce them for reasons like its a Burden it Confidential its Confidential and I said I put in a Motion to Compel and Magistrate Hagopian denied my motion.
They said Magistrate Hagopian's must be down with it and I said obviously he's doing his best to cover up for the Defendants.
I back in a Segregation cell your Honor for 6 years now!

Now on May 2, 2006 Magistrate Hagopian again denied my Motion For Injunctive Relief and this is in his Report and Reccommendation

As the party moving for Preliminary Injunctive Relief the Plaintiff bears the burden to demonstrate (1) The potential for immediate irreparable injury The Plaintiffs 19 Transports to outside hospitals and Emergency rooms and the Plaintiff medical records don't show this?

(2) the likelihood of success on the merits of the case. The Defendants are claiming that an assault didn't take place on November 15, 04 and that I never notified medical staff to report any injuries to my knee.

Let the jury see I not only notified medical staff I went to Rhode Island hospital on November 15, 04 and had an MRI on November 19, 2004 hows that for merits Magistrate Hagopian?

 8

I won't go on your Honor and only ask you grant my Motion and stop this Magistrate bias and complete distortion of the Facts

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston, Rhode Island

Certification

On this 4 th day of May 2006 the Plaintiff mailed his Objection to Magistrate Hagopian's Report and Reccommendation to the United States District Court and the Defendants legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston, Rhode Island 02920