# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND


OLIVER LYONS

    v.                               C.A.  05-433ML

A.T. WALL, et al


## ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated May 2, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1).   The Plaintiff's Motion for Preliminary Injunctive Relief is DENIED.


BY ORDER:

Mary M. Lisi
U.S. District Judge
May /(  , 2006


Entered as an Order of this Court on May /ᵈ, 2006

Deputy Clerk