UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C.A. 05-433ML

A.T. WALL, et al

ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated May 2, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion for Preliminary Injunctive Relief is DENIED.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
May 11, 2006

Entered as an Order of this Court on May 12, 2006

Barbara Barletta
Deputy Clerk