UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

## DEFENDANTS' MOTION FOR LEAVE

Pursuant to Federal Rule of Civil Procedure 6(b)(2), now come Defendants Barney, Raposa, Delaney and Lombardi in the above-entitled matter and hereby move This Honorable Court for leave to extend time established in the pre-trial Order entered in this matter for Defendants to file a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant

___________________________

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

## CERTIFICATION

The undersigned hereby certifies that on this, the 28nd day of August, 2006, I mailed a true copy of the within Defendants' Motion for Leave and accompany Memorandum to Oliver Lyons, P. O. Box 8273, Cranston, R. I. 02920.

/S/ Michael B. Grant

___________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

MEMORANDUM

Plaintiff filed the instant action in September 2004 pursuant to Title 42 U. S. C. § 1983, asserting a number of allegations of unconstitutional conduct by the Defendants, including abuse, threats, denial of access to the courts, denial of hot showers, denial of reading books and outdoor recreation, and subject to assault by other inmates.

This Honorable Court entered a pre-trial Order on February 14, 2006 setting the close of discovery for March 16, 2006 and that all dispositive motions be filed thirty (30) days thereafter. Defendants urge that This Honorable Court grant its motion to extend time in which to file a dispositive motion, filed contemporaneously with the instant motion on the following grounds:

Federal Rule of Civil Procedure 6(b) states "when . . . by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (2) . . . upon motion made after the expiration of the specified period permit the act to be done with a failure to act with the result of excusable neglect . . ." The instant Defendants had, in fact, filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) in a timely manner, which was in part, granted dismissing some of the Defendants and some of the claims from the suit. Plaintiff's complaint is voluminous and contains a litany of claims against numerous state Defendants alleging a

wide variety of unconstitutional conduct. Defendants proposed motion for summary judgment, which is filed contemporaneously herewith consists of a lengthy Memorandum discussing numerous issues of law and also is accompanied by ten (10) Affidavits from Defendants as well as part of the Plaintiff's medical record. In light of the extensive work that was required in preparing and filing the proposed motion for summary judgment and the fact that no prejudice has been incurred by the Plaintiff, Defendants urge that their motion for leave be granted.

Respectfully submitted,

/S/ Michael B. Grant

______________________________

Michael B. Grant
Deputy Chief Legal Counsel
R.I.Departmentof Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864