UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

**AFFIDAVIT OF LINDA BATON**

1. I, Linda Baton, at all pertinent times was and am employed as Office Manager of the Inmate Records Unit, State of Rhode Island, Department of Corrections, at the Intake Service Center, in Cranston, Rhode Island and duly sworn, hereby depose and say:

2. As part of my job duties, I am responsible for keeping and maintaining all inmate disciplinary records.

3. That the photocopies of disciplinary records consisting of four (4) pages attached to my Affidavit indicate that on September 23, 2005, Oliver Lyons was disciplined by Estelle Bassi, as a result of Plaintiff becoming enraged, refusing to take his medications, banging his door and yelling obscenities to Ms. Bassi when she was attempting to dispense medication to him.

Linda Baton

Subscribed and sworn to before me, in Cranston, this 25 day of May, 2006.

Notary Public
My Commission expires 8/8/09.


ITENEMY2
File Edit Discipline PF Keys Shift PF Keys Help
SO H WI W S P
Discipline
INMATE ID: 91073
NAME: LYONS, OLIVER
SECURITY: MAX
AREA/CELL: R ROOM M / HN-03
JOB CODE:
INC. #: -91073
SRG LEVEL: 1
ENEMY LEVEL: NOT HOUSED IN SAME BLDG
09-23-2005::11525
Witnesses
S.O. Review
Hearing
Warden Review
Area/Cell: L / 178
Inmate Job Code: 5900
*
* (at time of infraction)
Infraction Date: 09/23/2005 15:10
Infraction Security: INTAKE SERVICE CNTR
Charging Staff Member: Bassi, Estelle
Place Of Infraction: L 17
Infraction Code: 129
Infraction Cat: SEXUAL
Infraction Severity: HIGHEST(NON-PREDATORY)
Making Sexual Proposals or
Threats to Another
Ready
Start
MENURUN
ITENEMY2

ITENEMY2

File Edit Discipline PF Keys Shift PF Keys Help

SO H WI W S P

Discipline

INMATE ID: 91073 NAME: LYONS, OLIVER

SECURITY: MAX AREA/CELL: R ROOM I / HN-03 JOB CODE:

INC. #: -91073 SRG LEVEL: 1 ENEMY LEVEL: NOT HOUSED IN SAME BLDG

09-23-2005::11525
- Witnesses
- S.O. Review
- Hearing
- Warden Review

Making Sexual Proposals or Threats to Another

Filed Date/Time: 09/23/2005 15:25

Inmate Demeanor: HOSTILE

Infraction Narrative:

While dispensing afternoon meds, Inmate Lyons became enraged because I had booked him the night before. He refused to take his medication and then began banging the door. He was yelling obsenities and then stated "I'm going to give it to you up the ass, you fucking bitch, your going suck my dick". I informed Lyons he was booked Lt. Berg notified.

Ready

Start MENURUN ITENEMY2



ITENEMY2

File Edit Discipline PF Keys Shift PF Keys Help

SO H WI W S P

Discipline

INMATE ID: 91073 NAME: LYONS, OLIVER

SECURITY: MAX AREA/CELL: R ROOM / HN-03 JOB CODE:

INC. #: -91073 SRG LEVEL: 1 ENEMY LEVEL: NOT HOUSED IN SAME BLDG

09-23-2005::11525
- Witnesses
- S.O. Review
- Hearing
- Warden Review

Offender's Plea: NOT GUILTY

Rep Counselor: Berube, Teresa

Req Witness: ( ) Yes (•) No

Waive 24 Hear: ( ) Yes (•) No

Offender Statement:

This getting out of hand. This is a woman who is fabricating. I want the inspectors.

Witness(s) Statement:

none

Ready

Start MENURUN ITENEMY2


ITENEMY2
File Edit Discipline PF Keys Shift PF Keys Help
Discipline
INMATE ID: 91073
NAME: LYONS, OLIVER
SECURITY: MAX
AREA/CELL: R ROOM H / HN-03
JOB CODE:
INC. #: -91073
SRG LEVEL: 1
ENEMY LEVEL: NOT HOUSED IN SAME BLDG
09-23-2005::11525
Witnesses
S.O. Review
Hearing
Warden Review
Hearing Officer Findings:
guilty as charged
Original Infraction: 129
SEXUAL
HIGHEST(NON-PREDATORY)
Making Sexual Proposals or Threats to Another
Infraction Id: 129
SEXUAL
Ready
Start
MENURUN
ITENEMY2