UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

**AFFIDAVIT OF STEPHEN BOYD**

I, Stephen Boyd, being duly sworn, do hereby depose and say:

1. I, Stephen Boyd am employed with the Department of Corrections and serve as the Deputy Warden of the Maximum Security facility.

2. As part of my job duties as Deputy Warden of Maximum Security, I keep and maintain inmate property records depicting the possessions of inmates housed at the Maximum Security facility, and any out-of-state facilities that a Maximum Security inmate may have been transported to and returned to the ACI.

3. That Oliver Lyons' inmate property records show that in February, 2006, Plaintiff possessed one pair of white sneakers, one pair of tan boots, one pair of shower shoes, two pairs of under shorts, two pairs of socks, one under shirt, one sweatshirt, assorted cosmetics/toiletries, legal papers, and a book or magazines.

4. During Plaintiff's stay in the state of New Hampshire, the Department has possession of a property inventory form from the New Hampshire State prison, which indicates that Plaintiff, while there, possessed one pair of boots, one pair of under shorts, one pair of socks, two T-shirts, assorted cosmetics/toiletries, legal papers, and vitamins. Plaintiff was returned to the Adult Correctional Institutions, state of Rhode Island on March 9, 2006, and ACI records indicate that Plaintiff, upon his return, possessed one

pair of tan boots, one pair of under shorts, one pair of socks, two under shirts, assorted cosmetics/toiletries, legal papers, vitamins, razors, and clippers. **See** attached ACI and New Hampshire State Prison inmate inventory forms consisting of three pages.

5. That the attached inmate inventory forms are true copies of the originals and are kept in the ordinary course of business at the ACI. It is also the ordinary course of business of the ACI, Maximum Security facility, to maintain out-of-state inventory forms, when Rhode Island inmates are returned to Rhode Island from out of state prison systems.

6. That all events recorded on the attached ACI inventory forms were done so at or near the events they depict.

Stephen Boyd

Subscribed and sworn to before me, in Cranston, this 26th day of May, 2006.

Notary Public
My Commission expires 09-09-09.

R.I. To NH 2/2/06

# INMATE PROPERTY RECORD (SUPPLEMENTAL)

I acknowledge that all property listed hereon is to be my responsibility, with the understanding that the State is not responsible for personal property in my possession. Lending, trading, giving or selling personal property is basis for confiscation of that property.

INMATE SIGNATURE [signature] DATE

WITNESS SIGNATURE [signature] DATE 2-2-06

| LAST NAME | FIRST | M.I. | INMATE ID NO. | FACILITY |
|---|---|---|---|---|
| LYONS | OLIVER | S | 91073 | MAX |

| ITEM | Quant. | Color | Brand Name or description | Inmate Poss. | Traps | Sent Out | Inmate Signature |
|---|---|---|---|---|---|---|---|
| Pants (State) | — | | | | | | |
| Shirts (State) | — | | | | | | |
| Sneakers | / | Whi | N/B | | | | |
| Boots | / | Tan | | | | | |
| Shoes | — | | | | | | |
| Shower Shoes | / | | | | | | |
| Slippers | — | | | | | | |
| Undershorts | 2 | | | | | | |
| Undershirts | / | | | | | | |
| Socks | 2 | | | | | | |
| Thermal Bottoms | — | | | | | | |
| Thermal Tops | — | | | | | | |
| Sweat Pants | — | | | | | | |
| Sweat Shirt | / | | | | | | |
| Pajamas | — | | | | | | |
| Bathrobe | — | | | | | | |
| Towels | — | | | | | | |
| Face Cloths | — | | | | | | |
| Gym Shorts | — | | | | | | |
| Laundry Bag | — | | | | | | |
| Hat | — | | | | | | |
| Belt | — | | | | | | |
| Gloves | — | | | | | | |
| Eyeglasses | — | | | | | | |
| Sunglasses | — | | | | | | |
| Cup | — | | | | | | |
| Photos/Album | — | | | | | | |
| Mirror | — | | | | | | |
| Asst. Cosmetics | / | | | | | | |
| Legal Papers | / | | | | | | |
| Books/Magazines | / | | | | | | |

MAY-17-2006 13:36 From:MAX WARDEN OFFICE 4622526 To:401 462 2583 P.2/4

NH To RI 3/9/06

# NEW HAMPSHIRE STATE PRISON
Property Inventory Form

Inmate Name: [illegible] No. 38734 Date: [illegible]

Unit From: ______ Unit To: [illegible] Reason: [illegible]

INVENTORIED BY: CO [illegible]
Print Name/Title

| | **Personal Property** | | | | **Toiletries/Canteen/Misc.** | | |
|---|---|---|---|---|---|---|---|
| | Television (1) | | Typewriter (1) | | Clippers (1) | | Tweezers (1) |
| | Radio (1) | | Tape Player (1) | | Hairbrush (1) | | Lotion (2) |
| | Fan (1) | | Coffee/Hot Pot (1) | | Comb (1) | | Cotton Swabs |
| | Headphones (2) | | Lamp (1) | | Toothbrush (2) | | Pads Paper |
| | Watch (1) | | Calculator (1) | 2 | Toothpaste (2) | | Address Book |
| | Cooler (1) | | Blow Dryer (1) | 5 | Shampoo (2) | | Binders |
| | Eyeglasses | | Sunglasses | | Conditioner (2) | | Pens |
| | Electric Razor (1) | | Electric Ext. Cord (1) | [illegible] | Soap (3) | | Pencils |
| | Cassette Tapes (25) | | Mirror (1) | 1 | Soap Dish (1) | | Hi Liters |
| | Sneakers (1) | 1 | Boots (1) | | Shaving Cream (2) | | Sewing Kit |
| | Shower Shoes | | Slippers | 4 | Razors Disposal (10) | | Can Opener |
| | Sweat Shirt (2) | | Sweat Pants (2) | 3 | Deodorant (2) | 1 | [illegible] |
| 2 | T - Shirts (7) | 1 | Undershorts (7) | | After Shave (2) | 2 | [illegible] |
| 1 | Socks (6) | | Gloves (2) | 1 | Powder | 1 | [illegible] |
| | Towels (2) | | Face Cloths (2) | | Foot Powder | 3 | [illegible] |
| | Jock Strap | | Wrist/Head Bands | | Combination Lock (1) | 1 | [illegible] |
| | Kufi | | Handkerchief | | Playing Cards (2) | | [illegible] |
| | Wedding Band (1) | | Religious Medal (1) | | Photos/Album | | |
| | Cup/Tumbler | | Other | | Postage Stamps | | |
| | Other | | Other | | | | |
| | **STATE ISSUE** | | | | | | |
| | Pants Green (3) | | Shirts Green (3) | | | | |
| | T - Shirts (3) | | Undershorts (3) | | | | |
| | Socks (4) | | Gym Shorts (2) | | | | |
| | Blankets (2) | | Sheets (2) | | | | |
| | Pillow Case (1) | | Jacket (1) | | | | |
| | Hat (1) | | Poncho (1) | | | | |
| | Towels (5) | | Boots (1) | | | | |
| | Thermal Tops (2) | | Thermal Bottoms (2) | | | | |
| | | | | | | | |
| | Key: | | | | | | |
| | I.D. # | | | | | | |
| | Green Meds: | | | | | | |

Property Released Date: 3-9-06

Received By: [illegible]

Reviewed By: [illegible]

SP 98 (Rev. 6/95) WHITE • OFFENDER RECORDS YELLOW • INMATE PINK • PROPERTY

MAY-17-2006 13:37 From:MAX WARDEN OFFICE 4622526 To:401 462 2583 P.4/4

ARRIVED AT MAX 3-9-06

# INMATE PROPERTY RECORD (SUPPLEMENTAL)

I acknowledge that all property listed hereon is to be my responsibility, with the understanding that the State is not responsible for personal property in my possession. Lending, trading, giving or selling personal property is basis for confiscation of that property.

INMATE SIGNATURE ____________ DATE ____________

Stimpson — WITNESS SIGNATURE 3-9-06 — DATE

| LAST NAME | FIRST | M.I. | INMATE ID NO. | FACILITY |
|---|---|---|---|---|
| Lyons | Oliver | | 91073 | MAX |

| ITEM | Quant. | Color | Brand Name or description | Inmate Poss. | Traps | Sent Out | Inmate Signature |
|---|---|---|---|---|---|---|---|
| Pants (State) | Ø | | | | | | |
| Shirts (State) | Ø | | | | | | |
| Sneakers | Ø | | | | | | |
| Boots | 1 | TAN | | | | | |
| Shoes | Ø | | | | | | |
| Shower Shoes | Ø | | | | | | |
| Slippers | Ø | | | | | | |
| Undershorts | 1 | | | | | | |
| Undershirts | 2 | | | | | | |
| Socks | 1 | | | | | | |
| Thermal Bottoms | Ø | | | | | | |
| Thermal Tops | Ø | | | | | | |
| Sweat Pants | Ø | | | | | | |
| Sweat Shirt | Ø | | | | | | |
| Pajamas | Ø | | | | | | |
| Bathrobe | Ø | | | | | | |
| Towels | Ø | | | | | | |
| Face Cloths | Ø | | | | | | |
| Gym Shorts | Ø | | | | | | |
| Laundry Bag | Ø | | | | | | |
| Hat | Ø | | | | | | |
| Belt | Ø | | | | | | |
| Gloves | Ø | | | | | | |
| Eyeglasses | Ø | | | | | | |
| Sunglasses | Ø | | | | | | |
| Cup | Ø | | | | | | |
| Photos/Album | Ø | | | | | | |
| Mirror | Ø | | | | | | |
| Asst. Cosmetics | ✓ | RAZOR / CLIPPERS (2) | | | | | |
| Legal Papers | ✓ | | | | | | |
| Books/Magazines | Ø | | | | | | |
| 1 VITAMINS | 1 | | | | | | |