UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

**AFFIDAVIT OF ROBERT CATLOW**

1. I, Robert Catlow, at all pertinent times was and am employed as Chief Investigator of the Special Investigations Unit of the State of Rhode Island, Department of Corrections in Cranston, Rhode Island duly sworn, hereby depose and say:

2. The role of the Special Investigations Unit within the Department of Corrections is to investigate all alleged inmate misconduct and wrongdoing.

3. As part of my duties as Chief Investigator, I keep and maintain all investigatory reports drafted by my staff, pursuant to investigations.

4. Records maintained in my unit indicate that Inmate James Odsen, in August 2005, provided the Special Investigations Unit with information that Plaintiff, Oliver Lyons had given Inmate Odsen Xanax tablets in exchange for extra food, magazines and books. Inmate Odsen indicated to Investigator William Begones that he had taken approximately twenty pills from the Plaintiff, and stated that he came forward with this information as a result of the fact that Oliver Lyons had been throwing urine and feces at him, which this office had information that Plaintiff had been doing to correctional staff as well.

5. Please see report drafted by Investigator William Begones to Jake Gadsden dated September 13, 2005.

Robert Catlow

Subscribed and sworn to before me, in Cranston, this 25th day of May, 2006.

Notary Public
My Commission expires 09-09-09.

CONFIDENTIAL

COPY

**CASE NO.: 05-320**

**STATE OF RHODE ISLAND * DEPARTMENT OF CORRECTIONS**







**TO:** Jake Gadsden, Assistant Director
Institutions/Operations

**VIA:** Robert J. Catlow, Chief Investigator
Special Investigation Unit

**FROM:** William Begones
Investigator

**DATE:** September 13, 2005

**SUBJECT: INMATE JAMES ODSEN; ID # 79927; DOB 03-09-68**
**INMATE OLIVER LYONS; ID # 91073; DOB 01-01-50**
**CC # 18-11-3 NARCOTICS INFORMATION**

---

On 8-22-05, I was apprised of a situation in the Medium Security segregation unit by Captain Vitale. Apparently over the past couple of days, Inmate Oliver Lyons (ID # 91073) has resumed throwing his urine and fesses at staff as well as inmates. Apparently another inmate, James Odsen (ID # 79927) has come forward and stated that on different occasions he has received Xanax from Inmate Lyons in exchange for extra food trays, newspapers and magazines. I asked Captain Vitale why Inmate Odsen has come forward with this information. Captain Vitale stated that Inmate Lyons had tried to throw urine and fesses at him.

I proceeded to Medium Security segregation and interviewed Inmate Odsen.

**Interview with Inmate James Odsen**

***Serving a sentence of 1-years for Domestic Violence***

I asked Inmate Odsen if he was in fact receiving Xanax from Inmate Lyons. Inmate Odsen stated that he was and that he would pay Inmate Lyons with extra food trays and also books and magazines. I asked Inmate Odsen how many Xanax he would receive. Inmate Odsen stated that he would receive three every other day. I asked Inmate Odsen how many Xanax he has taken. Inmate Odsen stated that he has taken approximately 20 pills. I asked Inmate Odsen why he had come forward with this information. Inmate Odsen stated that Inmate Lyons was throwing urine and fesses at him, also.

After interviewing Inmate Odsen, I proceeded to the Medium Security dispensary and spoke with Nursing Supervisor Gordon Bouchard. I asked Supervisor Bouchard if it is

common practice to hand out whole Xanax pills. Supervisor Bouchard stated that it should be a matter of protocol that they are crushed, but not all nurses do it.

I briefed Deputy Hiltermann about this issue.

On 08-23-05, Inmate Lyons was transferred to ISC psy-obs.

On 08-25-05, Investigator Cabral was sent to ISC by Acting Chief Joe Forgue to interview Inmate Lyons in regards to this issue.

**Note:** A letter from Inmate Lyons was sent to the Directors office dated August 20, 2005. The letter was then forwarded to the SIU office.

**Interview with Inmate Lyon (Investigator Cabral)**

***Serving a 5-year sentence for Felony Assault.***

Per Investigator Cabral, Inmate Lyons basically stated that he did provide Inmate Odsen with Xanax. Inmate Lyons also stated that he was afraid of Inmate Odsen, and that is why he gave the Xanax to him.

**Conclusion:** A urine from Inmate Odsen was attempted by Medium Security staff, but Inmate Odsen could not produce the urine in the allotted 4-hours. Subsequently, he was booked by staff. The medication which is supposed to be crushed was addressed with Deputy Hiltermann. A Level 1 enemy issue will be entered.

WEB/gah
Attachments:

- Booking
- Letter to Director

R: 09/13/05
T: 09/14/05