UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

**AFFIDAVIT OF SERGIO DESOUSAROSA**

1. I, SERGIO DESOUSAROSA, at all pertinent times was a Captain Correctional Officer posted at the Intake Service Center in Cranston, Rhode Island and do hereby depose and say:

2. On January 4, 2005, Plaintiff was being transported from the hospital area at the Intake Service Center back to his cell by Defendant Lombardi and myself.

3. During the transport, I noticed Inmate Curry approaching Plaintiff, I stepped between Plaintiff and Defendant Lombardi and prevented Inmate Curry from attacking and assaulting Plaintiff.

4. I blocked a punch thrown by inmate Curry, took control of his arm and subdued him; at the same time Defendant Lombardi ordered Plaintiff to the floor in an effort to protect him from a potential attack.

5. Because the Plaintiff did in fact drop to the floor upon being ordered, he alleged that he injured his leg or knee as a result.

6. Plaintiff was examined by medical staff subsequent to the incident relative to his complaint of injury.

7. Inmate Curry was in fact disciplined for attempting assault on Plaintiff and found guilty of the infraction.

8. The incident involving Inmate Curry and Plaintiff had nothing to do with the manner in which Plaintiff was handcuffed.

9. Whether the Plaintiff was handcuffed behind his back, in front of his body, or not at all, is immaterial to the incident that took place.

10. Plaintiff was not assaulted by inmate Curry during the incident in question.

Sergio DeSousarosa

Subscribed and sworn to before me, in Cranston, this 31 day of May 2006.

Notary Public
My Commission expires 3/28/2007
ID# 44568