UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

**AFFIDAVIT OF MATTHEW KETTLE**

1. I, Matthew Kettle, at all pertinent times was and am presently employed by the State of Rhode Island Department of Corrections as Deputy Warden of the Intake Service Center in Cranston, Rhode Island and have at all pertinent times to the instant lawsuit do hereby depose and say:

2. All detainees/inmates housed at the Intake Service Center during 2004 and 2005 did not consistently receive hot showers as a result of the laundry services performed at the Intake Service Center.

3. The laundry services at the Intake Center in 2004 and 2005 consumed a great quantity of hot water, which at times left a deficiency for the purposes of inmates/detainees to take showers with.

4. However, all inmates/detainees during said time frame received regular showers.

5. In 2005, the Department executed plans to upgrade the then-existing hot water units.

6. Said plans were executed, and at the present date, there is sufficient hot water for both laundry services and for hot showers.

7. Please see my attached memo to the Plaintiff dated September 28, 2005, which is a true and accurate copy of the original.

8. As Deputy Warden of the Intake Service Center, part of my duties are to keep and maintain all letters and memoranda sent by administrative staff to inmates/detainees. It is the regular course of business at the Intake Service Center to do so.

Matthew Kettle

Subscribed and sworn to before me, in Cranston, this 25 day of May, 2006.

Notary Public
My Commission expires 8/8/09

# STATE of RHODE ISLAND and PROVIDENCE PLANTATIONS
## DEPARTMENT of CORRECTIONS
## INTER – OFFICE MEMORANDUM

TO: Oliver Lyons
BLDG/CELL: ISC L 17B

DATE: September 28, 2005

FROM: Matthew Kettle, Deputy
DEPT: Intake Service Center

SUBJECT: **Response to "Request to Request to Director Wall September 7, 2005**

I received a copy of your request to Director Wall in which you made several complaints about the conditions and treatment you are subject to in this facility. I will respond to each of these areas individually. Your first area of concern that you expressed was that there is insufficient hot water for showers in this facility. I have spoken to several people including the area supervisor and maintenance personnel. In the recent past, the facility has undergone several projects to correct the problem including installation of a hot water supply specific to the laundry. There are plans in the current fiscal year to upgrade the existing units to correct the lack of adequate hot water in some areas during daily operations. However, it is an intermittent problem and my staff has made numerous attempts to monitor and correct it. I will continue to ensure that maintenance staff monitors the situation to prevent any further degradation of service.

The second area you expressed concern about was the process by which you are provided access to the law books and library materials. I have spoken with the staff members assigned to segregation and they assured me that they are complying with the facility specific procedure for the segregation law library cart. I have reviewed the procedures and found them in compliance with DOC policy #13.03 Access to the Courts and Legal Materials (page 7 section C (1). In this facility, you request law materials from the module officer and they will provide you with the law book for a period of 24-hours. This procedure was adopted due to the physical impediments in this facility. You may also request writing materials from the module officer and they will provide you with paper, envelopes, and a pen. I have spoken with Officer Lefebvre and he stated that he has provided the requested law books and writing materials without delay. . If you feel that you have any concerns in either if these areas you may contact the Segregation Supervisor, Lieutenant Barney or myself through a request slip. This letter will resolve the issues surrounding you're the hot water and legal materials.

C.C. Director Wall
Warden McCauley
File