UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

**AFFIDAVIT OF RAYMOND LAWSON**

I, Raymond Lawson, being duly sworn, do hereby depose and say:

1. I, Raymond Lawson, at all pertinent times, have been employed by the Department of Corrections as a Special Investigations Unit investigator.

2. In late 2005, Captain Clancy at the Intake Service Center, requested that I speak to Inmate Stephen Delory, who was housed at the Intake Service Center concerning a copy of medical records belonging to Inmate Oliver Lyons.

3. I did, in fact, speak to Inmate Delory, who indicated that at that time he was employed as an inmate porter throughout the Intake Service Center and was asked by Inmate Lyons to review his medical records for him.

4. That Inmate Lyons had slid a copy of his own medical records under his cell door to Inmate Delory and that Inmate Delory had, in fact, taken possession and reviewed the medical records for Inmate Lyons.

5. In light of the fact that Inmate Lyons was asserting that correctional officers, who had inspected his cell, had confiscated his medical records, I booked Inmate Lyons with a disciplinary infraction of providing false information.

Raymond Lawson

Subscribed and sworn to before me, in Cranston, this 24Th day of May, 2006.

Notary Public PAUL S. MANCINI
My Commission expires 9-23-09