UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

**AFFIDAVIT OF CORRECTIONAL OFFICER LEVASSEUR**

1. I, Paul Levasseur, at all pertinent times was employed by the State of Rhode Island Department of Corrections as a Correctional Officer at the Intake Service Center, Cranston, Rhode Island and hereby depose and say:

2. As a Correctional Officer at the Intake Service Center, I am familiar with procedures involved for inmates/detainees to gain access to legal materials and to the facility's law library.

3. On November 10, 2004, I personally witnessed another correctional officer provide inmate Oliver Lyons with a portion of his legal material/files that were maintained at the High Security Center.

Paul E. [signature]
Paul Levasseur

Subscribed and sworn to before me, in Cranston, this 31st day of May, 2006.

Marcia Ann [signature]
Notary Public
My Commission expires 09-09-09.