UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 05-433 ML

A. T. WALL, ET AL

**AFFIDAVIT**

I, Steven Lombardi, being duly sworn do hereby depose and say:

1. I am currently, and at all pertinent times concerning the instant action, served as a Correctional officer posted at the Intake Service Center of the Adult Correctional Institutions located in Cranston, Rhode Island;
2. On January 4, 2006, Plaintiff was being transported to the hospital area at the Intake Service Center from his cell by Captain DeSousarosa and myself;
3. During the transport, Captain DeSousarosa noticed inmate Curry approaching Plaintiff; the captain stepped in front of Plaintiff and myself and prevented inmate Curry from attacking and assaulting Plaintiff. Captain DeSousarosa tackled Inmate Curry to the floor to subdue him and at the same time I brought Plaintiff to the floor in an effort to protect him from a potential attack.
4. As a result, Plaintiff complained that he injured his leg or knee. Plaintiff was escorted to the hospital area for treatment.
5. On January 19, 2005, I drafted and delivered a memo to Lt. Bartholomy regarding Plaintiff where I indicated that on that date I had escorted the Law librarian to Plaintiff to see if he needed any law materials or photocopies made. Plaintiff indicated that he did not. See attached memo dated 1-19-05.
6. The attached memo is a true copy of the original that I initialed.

Steve R Lombardi
Steven Lombardi
Correctional officer/Intake Service Center

Subscribed and sworn to in Cranston, this 11th day of August, 2006.

Marcia Ann Croce
Notary Public
My Commission Expires 9-9-09.

# STATE OF RHODE ISLAND
# AND PROVIDENCE PLANTIONS
# INTER-OFFICE MEMO

**TO:** **Lt. Bartholomy** **DATE: 1/19/05**

**DEPT:** Corrections

**FROM: C.O. Lombardi** SRL

**DEPT:** Corrections

SUBJECT: Inmate Lyons

Sir, On above date and at approximately 9:10 a.m. the inmate law librarian (Tunstall, Donnell) was escorted to inmate Lyons' cell and asked if he needed any type of law material and or copies. He stated to me ***"no I'm all set".*** I asked him once again and once again he stated ***"no".*** I'm writing this in response to inmate Lyons' letter that was sent to Director Wall. Which stated he was being denied law library access.

C.C.
Deputy Caruso
Captain Clancy
Director Wall

PAGE 146362 in K-L Logbook