UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

**AFFIDAVIT OF PAULINE MARCUSSEN**

1. I, Pauline Marcussen, am employed by the State of Rhode Island Department of Corrections as Chief Program Development housed at the Intake Service Center in Cranston, Rhode Island and do hereby depose and say:

2. As part of my duties, I keep and maintain all inmate medical records.

3. The attached ACI medical records belonging to the Plaintiff indicate that from August 26 to August 31, 2005, immediately after Plaintiff was returned to the Intake Service Center, he was prescribed Acetaminophen 500 mg. tablets. Plaintiff's ACI medical records indicate that Plaintiff refused his medication three (3) times per day between August 26 through August 31, 2005, only accepting the medication once on August 26 and August 27. For the same time frame, ACI medical records indicate that Plaintiff was prescribed Alprazolam and was offered and accepted said medication, three times daily, starting August 24 through August 31, 2005; That Plaintiff was prescribed Hydrocodone and Vicodin and accepted said medications from August 1st through August 23; That Plaintiff was prescribed Milk of Magnesia and Asprin and accepted the same.

4. Plaintiff's ACI medical records indicate that for September 2005, Plaintiff was offered and received aspirin between September 5 through September 13, September 15 through September 19, and September 21 through 30. Said records also indicate that during September 2005, Plaintiff was offered Tylenol multiple times daily, accepting said

medication only on September 5, 6 and 7. During said month, Plaintiff's ACI medical records indicate that Plaintiff was offered and accepted Xanax three times daily.

5. Plaintiff's ACI medical records indicate that in October 2005, Plaintiff was offered and accepted aspirin from October 1 through October 11, October 13, October 15 through October 23, and October 25 through October 30.

6. Plaintiff's ACI medical records indicate that the Plaintiff was offered and refused Motrin from October 13th through 16 and October 20 through October 23. Plaintiff however was offered and he accepted Motrin on October 12 and 17, 2005.

7. Plaintiff's ACI medical records indicate that during the months of November and December, 2005, Plaintiff did, in fact, on multiple occasions each day, receive a dosage of Xanax and Motrin.

8. The attached ACI medical records concerning Plaintiff consisting of six (6) pages are true copies of the originals maintained at the Department of Corrections and such records are maintained in the regular course of business at the Department of Corrections.

9. All the events recorded on the attached documents occurred at or near the time of the events that they depict.

Pauline M. Marcussen, RHIA

Pauline Marcussen

Subscribed and sworn to before me, in Cranston, this 26th day of May, 2006.

Marcia Ann Croce

Notary Public

My Commission expires 09-09-09.

Case 1:05-cv-00433-ML-JH Document 46-11 Filed 08/28/2006 Page 3 of 8



FACILITY NAME INTAKE SERVICE CENTER-036

MONTH / YEAR 10/2005

# MEDICATION SHEET & ADMINISTRATION RECORD

| Medication | Hour | Start | Stop |
|---|---|---|---|
| ASPIRIN EC 325MG TAB<br>ECOTRIN EC<br>TAKE 1 TABLET(S) ORALLY DAILY<br>RX 4412374 MELNICK | 8A | 07/15/2005 | ~~10/12/2005~~ 1.18.0[illegible] |
| MILK OF MAGNESIA (480ML) SUSP<br>TAKE 30CC ORALLY AT BEDTIME AS NEEDED<br>RX 4447207 ACHINDIBA | PRN<br>HS | 08/10/2005 | 11/07/2005 |
| ACETAMINOPHEN ES (PP60) 500MG TAB<br>TYLENOL<br>TAKE 2 TABLET(S) ORALLY THREE TIMES A DAY AS NEEDED<br>RX 4473483 ACHINDIBA | 8A<br>4P<br>8P<br>PRN | 08/24/2005 | 10/07/2005 |
| ALPRAZOLAM 1MG TABS<br>XANAX<br>TAKE 1 TABLET(S) ORALLY TWO TIMES A DAY & TWO (2) TABS ORALLY AT BEDTIME *NON-FORM APPROVAL REQUIRED<br>RX 4474434 KNOWLES | 8A<br>4P<br>8P | 08/24/2005 | 11/21/2005 |
| Motrin 800mg PO TID x 4 days | 8<br>4<br>8<br>PRN | | DC |
| Hinged Knee Brace per DR Edoro/Borond | KOT | 10-18-05 | |

Nurse Initials:

Day 24: GIVEN $15.00 co-pay

Day 30: REFUSED

| ALLERGIES | NKA | PHYSICIAN'S NAME | POSHKUS, MICHAEL |
|---|---|---|---|
| DIAGNOSES | | | |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | | |

PATIENT NAME LYONS, OLIVER S ID 091073 LOC. NO. ~~L17B~~ L1B

DOCUMENTATION CODES = DC - Discontinued Order, DO - Dose Omitted, R - Refused, C - Court, S - Self Administered, NS - No Show

PAGE: 1 OF 1

FACILITY NAME INTAKE SERVICE CENTER-036

MONTH / YEAR 09/2005

## MEDICATION SHEET & ADMINISTRATION RECORD

| Medication | HOUR | START | STOP |
|---|---|---|---|
| ASPIRIN EC 325MG TAB<br>ECOTRIN EC<br>TAKE 1 TABLET(S) ORALLY DAILY<br>RX 4412374 MELNICK | 8 | 07/15/2005 | 10/12/2005 |
| MILK OF MAGNESIA (480ML) SUSP<br>TAKE 30CC ORALLY AT BEDTIME AS NEEDED<br>RX 4447207 ACHINDIBA | | 08/10/2005 | 11/07/2005 |
| ACETAMINOPHEN ES (PP60) 500MG TAB<br>TYLENOL<br>TAKE 2 TABLET(S) ORALLY THREE TIMES A DAY AS NEEDED<br>RX 4473483 ACHINDIBA | 8<br>4<br>8 | 08/24/2005 | 10/07/2005 |
| ALPRAZOLAM 1MG TABS<br>XANAX<br>TAKE 1 TABLET(S) ORALLY TWO TIMES A DAY & TWO (2) TABS ORALLY AT BEDTIME *NON-FORM APPROVAL REQUIRED<br>RX 4474434 KNOWLES | 8<br>4<br>8 | 08/24/2005 | 11/21/2005 |
| | | | |
| | | | |

Nurse Initials: (entered by hand for days 1–31)

| ALLERGIES | NKA | PHYSICIAN'S NAME | POSHKUS, MICHAEL |
|---|---|---|---|
| DIAGNOSES | L17B | | |
| PATIENT NAME | LYONS, OLIVER S | ID 091073 | LOC. NO. K 19B |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | | |

DOCUMENTATION CODES = DC - Discontinued Order, DO - Dose Omitted, R - Refused, C - Court, S - Self Administered, NS - No Show

FACILITY NAME JOHN MORAN FACILITY-035

MONTH / YEAR 08/2005

## MEDICATION SHEET & ADMINISTRATION RECORD

HYDROCODONE/APAP 5MG/500MG TABS
VICODIN/LORTAB
TAKE 1 TABLET(S) ORALLY TWO TIMES A DAY
RX 4335789 ACHINDIBA
Nurse Initials: START 05/24/2005 STOP ~~08/21/2005~~ 11/13/05

MILK OF MAGNESIA (480ML) SUSP
TAKE 30CC ORALLY AT BEDTIME AS NEEDED
4408054 MELNICK
Nurse Initials: START 07/13/2005 STOP ~~08/11/2005~~ 11-7-05

ASPIRIN EC 325MG TAB
ECOTRIN EC
TAKE 1 TABLET(S) ORALLY DAILY
RX 4412374 MELNICK
Nurse Initials: START 07/15/2005 STOP 10/12/2005

ALPRAZOLAM 1MG TABS
XANAX
TAKE 1 TABLET(S) ORALLY TWO TIMES A DAY &
TWO (2) TABS ORALLY AT BEDTIME *NFA REC'D
RX 4418282 KNOWLES
Nurse Initials: START 07/20/2005 STOP 10/17/2005
See next page

8/9/2005 LYONS, OLIVER #091073
MILK OF MAGNESIA (480ML) SUSP End: 11/7/2005
X 90 Days
R. ACHINDIBA, MD 320837 INITIALS:________
Nurse Initials: START STOP

Royce Braces ē Knee 16"
Nurse Initials: START STOP

## MEDICATION SHEET & ADMINISTRATION RECORD

| | | | |
|---|---|---|---|
| ALLERGIES | NKA | PHYSICIAN'S NAME | POSHKUS, MICHAEL |
| DIAGNOSES | | | |

| PATIENT NAME | LYONS, OLIVER S | ID | 091073 | LOC. NO. | SEG ~~0~~ Hrg |
|---|---|---|---|---|---|

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| C Reardon LPN | CR | | |

DOCUMENTATION CODES = DC - Discontinued Order, DO - Dose Omitted, R - Refused, C - Court, S - Self Administered, NS - No Show

FACILITY NAME John J. Moran Facility Sea MONTH / YEAR 08/2005

## MEDICATION SHEET & ADMINISTRATION RECORD

| Medication | Hour | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/23/2005 LYONS, OLIVER #091073<br>ACETAMINOPHEN ES (PP60) 500MG TAB End: 10/7/2005<br>2 TAB TID PO X 45 Days<br>s needed<br>R. ACHINDIBA, MD 330711 INITIALS: OO | 8a | | | | mm | (R) | (R) | (R) | (R) | (R) |
| | 4p | | | | (R) | (R) | (R) | (R) | (R) | |
| | 8p | | | | (R) | (R) | (R) | (R) | (R) | |
| Nurse Initials: OO START 8/23/05 STOP 10/7/05 | | | | | | | | | | |
| 8/23/2005 LYONS, OLIVER #091073<br>ALPRAZOLAM 1MG TABS End: 11/21/2005<br>1 TABS BID PO X 90 Days<br>2 tabs QHS<br>F. KNOWLES, ARNP 330802 INITIALS: OO | 8a | | | | mm | | mm | mm | B | |
| | 4p | | N/A | | B | B | B | B | B | |
| | 8p | | | | B | B | B | B | B | |
| Nurse Initials: OO START 8/23/05 STOP 11/21/05 | | | | | | | | | | |

Nurse Initials: START STOP

Nurse Initials: START STOP

Nurse Initials: START STOP

Nurse Initials: START STOP

MEDICATION SHEET & ADMINISTRATION RECORD HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

ALLERGIES NKA

PHYSICIAN'S NAME

DIAGNOSES

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | | |

PATIENT NAME Lyons, Oliver ID 091073 LOC. NO. K19B

DOCUMENTATION CODES = DC - Discontinued Order, DO - Dose Omitted, R - Refused, C - Court, S - Self Administered, NS - No Show

PAGE: 1 OF 1

FACILITY NAME: INTAKE SERVICE CENTER-036

MONTH / YEAR: 11/2005

## MEDICATION SHEET & ADMINISTRATION RECORD

| Medication | Start | Stop |
|---|---|---|
| MILK OF MAGNESIA (480ML) SUSP<br>TAKE 30CC ORALLY AT BEDTIME AS NEEDED<br>RX 4447207 ACHINDIBA | 08/10/2005 | 11/07/2005 |
| ALPRAZOLAM 1MG TABS<br>XANAX<br>TAKE 1 TABLET(S) ORALLY TWO TIMES A DAY & TWO (2) TABS ORALLY AT BEDTIME. NON-FORM APPROVAL REQUIRED<br>RX 4474434 KNOWLES | 08/24/2005 | 11/21/2005 |
| ASPIRIN EC 325MG TAB<br>ECOTRIN EC<br>ONE (1) TABLET ORALLY DAILY<br>RX 4613780 EDORO | 10/19/2005 | 01/16/2006 |
| 11/25/2005 LYONS, OLIVER #091073<br>HYDROCERIN (120GM) CRM End: 12/25/2006<br>1 CRM DAILY TOP X 30 Days<br>R. ACHINDIBA, MD 351616 INITIALS: ______ | | 12/25/05 |
| | | |
| | | |

HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| ALLERGIES | NKA |
| DIAGNOSES | |
| PATIENT NAME | LYONS, OLIVER S |
| ID | 091073 |
| LOC. NO. | L01B |
| PHYSICIAN'S NAME | POSHKUS, MICHAEL |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | | |

DOCUMENTATION CODES = DC - Discontinued Order, DO - Dose Omitted, H - Medical Hold, R - Refused, C - Court, LD - Lock Down, S - Self Administered, NS - No Show, O - Other

FACILITY NAME ~~WOMENS FACILITY-083~~ MAXIMUM-084

PAGE: 1 OF 1

MONTH / YEAR 12/2005

# MEDICATION SHEET & ADMINISTRATION RECORD

| Medication | Nurse Initials | START | STOP |
|---|---|---|---|
| ASPIRIN EC 325MG TAB<br>ECOTRIN EC<br>ONE (1) TABLET ORALLY DAILY<br>RX 4613780 EDORO | | 10/19/2005 | 01/16/2006 |
| ALPRAZOLAM 1MG TABS<br>XANAX<br>ONE (1) TABLET ORALLY TWICE A DAY & TWO (2) TABS ORALLY AT BEDTIME<br>4688406 BAUERMEISTER | | 11/22/2005 | 02/19/2006 |
| MILK OF MAGNESIA (480ML) SUSP<br>TAKE 30CC ORALLY AT BEDTIME AS NEEDED<br>RX 4690998 ACHINDIBA | | 11/23/2005 | 02/20/2006 |
| 11/25/2005 LYONS, OLIVER #091073<br>HYDROCERIN (120GM) CRM End: 12/25/2005<br>X 30 Days<br>APPLY TOPICALLY TO AFFECTED AREA DAILY<br>R. ACHINDIBA, MD 351616 INITIALS:______ | | | 12/25/05 |
| | | | |
| | | | |

HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | | | |
|---|---|---|---|
| ALLERGIES | NKA | PHYSICIAN'S NAME | POSHKUS, MICHAEL |
| DIAGNOSES | | | |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | | |

| | | | | | |
|---|---|---|---|---|---|
| PATIENT NAME | LYONS, OLIVER S | ID | 091073 | LOC. NO. | ROOM NO. |

DOCUMENTATION CODES = DC - Discontinued Order, DO - Dose Omitted, R - Refused, C - Court, S - Self Administered, NS - No Show