UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

**AFFIDAVIT OF DAVID MC CAULEY**

1. I, David McCauley, at all pertinent times was and am employed by the State of Rhode Island Department of Corrections as Warden of the Intake Service Center in Cranston, Rhode Island and do hereby depose and say:

2. As Warden of the Intake Service Center, I am familiar with procedures involved for inmates/detainees to gain access to legal materials and to the facility's law library.

3. In the fall and winter months of 2004, Oliver Lyons was housed in segregation as a result of a number of disciplinary infractions.

4. Accordingly, he could not freely move about within the Intake Service Center and did not have access to the law library during these months.

5. Segregated inmates must request law books from staff, who provide inmates access to a mobile cart consisting of a number of legal texts and publications. When a inmate/detainee at the Intake Service Center receives a legal text or publication, there is a log book that records the same. Records at the Intake Service Center reveal that on February 1, 2005, February 10, 2005 and November 5, 2005, Plaintiff received and took possession of the Federal Rules of Civil Procedure as evidenced on the attached "Segregation Law Cart Book Sign-Out Sheet."

6. Oliver Lyons, on November 10, 2004 was given his personal legal materials by Correctional Officer LeVasseur.

7. On November 21, 2005, Plaintiff signed a request to see a law clerk slip, where he requested photocopies to be made of a complaint, waiver of summons form, notice of

complaint forms, copies of affidavits, legal envelopes and that certain affidavits be notarized.

8. Plaintiff's signed form reflects that three hundred twenty-four (324) photocopies were made for him at a charge of sixteen dollars and twenty cents ($16.20). The law librarian's initials are affixed to the form verifying the number of copies and the fee imposed.

9. The Intake Service Center also maintains records of all charges and payments by inmates for photocopies that are made for them.

10. Intake records show that Oliver Lyons had seventy-eight (78) copies made by staff on January 1, 2005, at a charge of three dollars and ninety cents ($3.90); that Plaintiff had three hundred and twenty-four copies made by staff for him on October 5, 2005 at a cost of sixteen dollars and twenty cents ($16.20); that on November 4, 2005, Plaintiff had sixty (60) copies made for him by staff at a cost of three dollars ($3.00); that on November 19, 2005, Plaintiff had fifty-five (55) copies made by staff for him at a cost of two dollars and seventy-five cents ($2.75).

11. The attached copies to this Affidavit consisting of five (5) pages are true copies of the originals maintained at the Intake Service Center.

12. As Warden of the Intake Service Center, one of my duties is to maintain and keep the attached records and that said records are kept in the ordinary course of business at the Intake Service Center.

13. All entries made on the attached records were made at or near the time of the events they depict.

David McCauley

Subscribed and sworn to before me, in Cranston, this 25 day of May, 2006.

Notary Public

# INTAKE SERVICE CENTER

## REQUEST TO SEE LAW CLERK

**Segregation Status Inmates Only**

I respectfully request permission to meet with an Inmate Law Clerk.

NAME Oliver Lyons

MOD L Seg CELL # 1B

DATE 10 21 05

ID # 91073

Approved: ______________________ Approved: [signature]
Segregation Correctional Officer / Segregation Lieutenant

Information being requested ( Include as much information as you can: the full citation, parallel citations, parties' full names, publication's full name, chapter section, ect. Attach a separate sheet of paper if necessary. )

I need copies of my Complaint 12 copies
24 Waiver of summons forms copies
12 Notice of Complaint forms copies
4 Copies of 2 Affidavits with attached documents
15 legal size envelopes Affidavits must be notarized!
All must be stapled per orders of the Court

*$.05 will be charged to your account for each copy requested. Forms not properly completed will be returned.*

Officer's Signature ______________ 324 16.20 [signature] Inmate's Signature

**Library Use Only**

# of Copies 324 Total to be charged to Inmate's Account $ 16.20 Law Librarian Initials FB

Send request slips via interdepartmental mail to: RIDOC Law Librarian: Bernadette Building

Forms not completely filled out will be returned unanswered. The Law Library Office does not provide photocopies of information available to inmates in their facilities libraries. Always check your facility before sending requests to Law Library Office.

*Any falsification of information contained on this form will be cause for discipline up to loss of library privileges, punitive segregation, and loss of good time.*

✓ = checked back in

# SEGREGATION LAW CART BOOK SIGN OUT

- All Inmates in segregation will only be allowed to sign out two (2) books at a time in the presence of an Officer.
- All books will be on loan for a period forty-eight (48) hours.
- They will then be returned to the Law Cart for others to use.
- If you need to continue using the book you may sign it out again as long as another inmate is not in need of that book.
- Any damage to the materials taken from the Law Cart will result in disciplinary action not limited to destruction of state property, and/or payment for the materials damaged.

| | Name of Inmate | Title of book taken from cart | Date | |
|---|---|---|---|---|
| | Lyons, Oliver | Civil Jud. Procedure | 2/1/05 | ✓ |
| | Lyons Oliver | Civil Jud Procedure | 2/10/05 | ✓ |
| | Figueroa, Bernardo | R.I.G.L Book 3 | 11-8-05 | ✓ |
| | Lyons - Oliver | Fed Book Proc. | 11-5-05 | ✓ |
| | Figueroa, Bernardo | R.I. Court Rules 2005 | 11-15-05 | ✓ |
| | Figueroa, Bernardo | R.I. Court Rules 2005 | 12-19-05 | ✓ |
| | Figueroa, Bernardo | Self Help Manual | 1-9-06 | ✓ 1-20-0[illegible] |
| | Figueroa, Bernardo | R.I. Court Rules | 1-15-06 | ✓ |
| | Rodriguez, Miguel | R.I.G.L. Vol 4A | 1-15-06 | ✓ |
| | Figueroa, Bernardo | R.I.G.L. Court Rules | 1-20-06 | ✓ |
| | Riggs, Troy | Ref. Manual Evidence | 1-23-06 | ✓ |
| | Figueroa, Bernardo | R.I. Court Rules 2005 | 1-27-06 | ✓ |
| | Figueroa, Bernardo | Self Help Manual | 1-27-06 | ✓ |
| | Chase, Ronald | Blacks Law Dict | 1-29-06 | ✓ |
| | Figueroa, Bernardo | Self Help Manual | 2-5-06 | ✓ |
| | Figueroa, Bernardo | R.I. Court Rules | 2-5-06 | ✓ |
| | Chase, Ronald | Search + Seizure #2 | 2-5-06 | ✓ |
| | Chase, Ronald | Search + Seizure #3 | 2-5-06 | ✓ |
| | Chase, Ronald | Criminal Forms #3 | 2-5-06 | ✓ |
| L-15 | Chase, Ronald | Forms Manual #2 | 2-13-06 | ✓ |
| L-15 | Chase, Ronald | Search + Seizure #2 | 2-13-06 | ✓ |

# Intake Service Center

## Payment For Copies Sheet

RIDOC Policy 13.03 (Access to the courts and legal materials) page___of

The following is a tally of the total cost for the number of copies (@ $.05 per copy) made by each of the inmates listed below during the indicated time period

Jan 1-31,2005

| # | Inmates I.D. | Inmates Name | total # ofcopies | Total cost to be charged | completed by |
|---|---|---|---|---|---|
| 1 | 91073 | Oliver Lyons | 78 | $ 3.90 | |
| 2 | 120914 | John Schettino | 34 | $ 1.70 | |
| 3 | 120914 | John Schettino | 18 | $ 0.90 | |
| 4 | 69000 | Pedro Gonzalez | 2 | $ 0.10 | |
| 5 | 98864 | Tyrone Hall | 4 | $ 0.20 | |
| 6 | 77657 | Elmo Martinez | 9 | $ 0.45 | |
| 7 | 66569 | Robert Akroyd | 4 | $ 0.20 | |
| 8 | 127518 | Francis Bates | 6 | $ 0.30 | |
| 9 | 127124 | Rodney Deets | 3 | $ 0.15 | |
| 10 | 65491 | Randall Charles | 1 | $ 0.05 | |
| 11 | 127518 | Francis Bates | 2 | $ 0.10 | |
| 12 | 62043 | Rene Tetreault | 7 | $ 0.35 | |
| 13 | 111006 | Marcos Rodriguez | 33 | $ 1.65 | |
| 14 | 91329 | Alfredo Rivera | 34 | $ 1.70 | |
| 15 | 59221 | Ernest Tatro | 34 | $ 1.70 | |
| 16 | 74374 | James Oliveira | 34 | $ 1.70 | |
| 17 | 58606 | Joe Medeiros | 3 | $ 0.15 | |
| 18 | 127518 | Francis Bates | 5 | $ 0.25 | |
| 19 | 107589 | Robert Banks | 4 | $ 0.20 | |
| 20 | 59897 | John Eddy | 3 | $ 0.15 | |
| 21 | 91329 | Alfredo Rivera | 36 | $ 1.80 | |
| 22 | 81417 | Rafael J Reyes | 36 | $ 1.80 | |
| 23 | 61076 | Richard Cote | 36 | $ 1.80 | |
| 24 | 58605 | Joseph A Mercier | 36 | $ 1.80 | |
| 25 | 119585 | Simeon Briggs | 1 | $ 0.05 | |
| 26 | 70312 | Martin White | 18 | $ 0.90 | |
| 27 | 126673 | Michael Alan Palmieri | 2 | $ 0.10 | |
| 28 | 106348 | Joseph M Ledeno | 21 | $ 1.05 | |
| 29 | 104728 | Vernon Thomas | 20 | $ 1.00 | |
| 30 | 122957 | Timothy Malone | 35 | $ 1.75 | |
| | | **Totals** | | $ 26.47 | |

Reviewed by: ____________

# Intake Service Center
## Payment For Copies Sheet

RIDOC Policy 13.03 (Access to the courts and legal materials) page___of

The following is a tally of the total cost for the number of copies (@ $.05 per copy) made by each of the inmates listed below during the indicated time period

OCTOBER 1-31 2005 PAGE 4

| # | Inmates I.D. | Inmates Name | total # ofcopies | Total cost to be charged | completed by |
|---|---|---|---|---|---|
| 1 | 98041 | CHARLES FONTES | 10 | $ 0.50 | |
| 2 | 100358 | FRANSICO APONTE | 22 | $ 1.10 | |
| 3 | 117944 | CLYDE CHAPMAN | 18 | $ 0.90 | |
| 4 | 80805 | BERNARDO FIGUEROR | 84 | $ 4.20 | |
| 5 | 91073 | OLIVER LYONS | 324 | $ 16.20 | |
| 6 | 66920 | JOSEPH CAPARRELLI | 20 | $ 1.00 | |
| 7 | 542440 | ROBERT WRAY | 29 | $ 1.45 | |
| 8 | 525448 | SHANTEY NARED | 20 | $ 1.00 | |
| 9 | 94411 | CRAUG CARLSON | 20 | $ 1.00 | |
| 10 | 104752 | LOUIS H. TESTA | 40 | $ 2.00 | |
| 11 | 74374 | JAMES OLIVEIRA | 2 | $ 0.10 | |
| 12 | 104297 | LUIZ PIMENTAL | 27 | $ 1.35 | |
| 13 | 111509 | ERNESTO LUCIANO | 3 | $ 0.15 | |
| 14 | 128739 | NEPTUNE PIERRE | 2 | $ 0.10 | |
| 15 | 514613 | ANTHONY SANTIAGO | 20 | $ 1.00 | |
| 16 | 104752 | LOUIS H. TESTA | 22 | $ 1.10 | |
| 17 | 126049 | ANDREW DELAVEGA | 61 | $ 3.05 | |
| 18 | 111089 | ROBERT DAVIS | 24 | $ 1.20 | |
| 19 | 526401 | PEDRO HERNANDEZ | 67 | $ 3.35 | |
| 20 | 73199 | ROBERT DESJARDINS | 36 | $ 1.80 | |
| 21 | 87456 | EDWARD VASHEY | 4 | $ 0.20 | |
| 22 | 68202 | EARL ROFFO | 16 | $ 0.80 | |
| 23 | 129845 | KIRK DEPHILIPPO | 9 | $ 0.45 | |
| 24 | 76648 | PAUL MIGUEL | 5 | $ 0.25 | |
| 25 | 116319 | KIRK RUBENDUNST | 15 | $ 0.75 | |
| 26 | 116319 | KIRK RUBENDUNST | 42 | $ 2.10 | |
| 27 | 116319 | KIRK RUBENDUNST | 31 | $ 1.55 | |
| 28 | 78839 | WAYMAN TURNER | 15 | $ 0.75 | |
| 29 | 126049 | ANDREW DELAVEGA | 19 | $ 0.95 | |
| 30 | 61901 | LARRY BATES | 15 | $ 0.75 | |
| | | Totals | 1022 | $ 51.10 | |

Reviewed by: ________________

# Intake Service Center

## Payment For Copies Sheet

RIDOC Policy 13.03 (Access to the courts and legal materials) page___of

The following is a tally of the total cost for the number of copies (@ $.05 per copy) made by each of the inmates listed below during the indicated time period

NOVEMBER 1-30 2005 PAGE 2

| # | Inmates I.D. | Inmates Name | total # ofcopies | Total cost to be charged | completed by |
|---|---|---|---|---|---|
| 1 | 128165 | DANNY WALKER | 12 | $ 0.60 | |
| 2 | 82687 | MICHAEL SMITH | 9 | $ 0.45 | |
| 3 | 121961 | WILLIAM MILLER | 29 | $ 1.45 | |
| 4 | 91073 | OLIVER LYONS | 60 | $ 3.00 | |
| 5 | 80803 | BERNARDO FIGUEROA | 8 | $ 0.40 | |
| 6 | 78114 | DINO D'ALESSIO | 2 | $ 0.10 | |
| 7 | 116470 | KEITH STUDLEY | 38 | $ 1.90 | |
| 8 | 60535 | MARK RING | 18 | $ 0.90 | |
| 9 | 66861 | EDWARD DANIELS | 4 | $ 0.20 | |
| 10 | 73199 | ROBERT DESJARDINS | 16 | $ 0.80 | |
| 11 | 121961 | WILLIAM MILLER | 2 | $ 0.10 | |
| 12 | 85035 | JASON NEALY | 9 | $ 0.45 | |
| 13 | 111089 | ROBERT DAVIS | 21 | $ 1.05 | |
| 14 | 127574 | COREY DAY | 24 | $ 1.20 | |
| 15 | 128304 | GARY KYEES | 1 | $ 0.05 | |
| 16 | 525974 | KENNETH BLOOD | 2 | $ 0.10 | |
| 17 | 127574 | COREY DAY | 25 | $ 1.25 | |
| 18 | 77834 | DELIO DAVIS | 4 | $ 1.00 | |
| 19 | 91073 | OLIVER LYONS | 55 | $ 2.75 | |
| 20 | 526401 | PEDRO HERNANDEZ | 85 | $ 4.25 | |
| 21 | 125720 | ROBERT POTVIN | 21 | $ 1.05 | |
| 22 | 72039 | VICTOR CORTES | 6 | $ 0.30 | |
| 23 | 94411 | CRAIG CARLSON | 38 | $ 1.90 | |
| 24 | 514978 | ERIC PERRY | 46 | $ 2.30 | |
| 25 | 113272 | JUSTIN SMITH | 2 | $ 0.10 | |
| 26 | 72113 | JOHN J. BEROUTY jr. | 50 | $ 2.50 | |
| 27 | 64963 | DAYMON JONES | 6 | $ 0.30 | |
| 28 | 62162 | DARRELL PONA | 117 | $ 5.85 | |
| 29 | 97447 | ERGOLO L. ACETO | 37 | $ 1.85 | |
| 30 | 105561 | DEREK VINCENT | 12 | $ 0.60 | |
| | | Totals | 759 | $ 38.75 | |

Reviewed by: ____________________