UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 05-433 ML

A. T. WALL, ET AL

DEFENDANTS' MOTION FOR LEAVE

Pursuant to Federal Rule of Civil Procedure 6(b)(2), now come Defendants Barney, Raposa, Delaney and Lombardi in the above-entitled matter and hereby move This Honorable Court for leave to extend time established in the pre-trial Order entered in this matter for Defendants to file a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 28nd day of August, 2006, I mailed a true copy of the within Defendants' Motion for Leave and accompany Memorandum to Oliver Lyons, P. O. Box 8273, Cranston, R. I. 02920.

/S/ Michael B. Grant