United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No 05 433ML

Plaintiffs Objection To Defendants Motion For Leave To Extend Time

The Plaintiff in the above entitled matter objects strongly to the granting of the Defendants Motion For the following reasons.

The Plaintiff and Defendants had a three way Telephonic conference on February 14, 06 while the Defendants avoided telling Magistrate Hagopian the Plaintiff was in New Hampshire State Prison.

Magistrate Hagopian was not aware until told by the Plaintiff.

At this time the Defendants to Magistrate Hagopian the Plaintiffs enjuries were self inflicted

and they would file a Motion For Summary Judgment. Magistrate Hagopian then stated a Pretrial Order must be in by April 14, 06. The Plaintiff also filed a Motion For Summary Judgment that the Court never ruled on.
Now the Plaintiff receiver a Motion for leave to extend time.
The Plaintiff only received page one of three pages. The Plaintiff did not receive the Memorandum.
The Defendants have been allowed by Ms Justice Lisi to extend time when they haven't done anything since April 14, 06 but allow the Plaintiff's abuse to continue.
The Plaintiff was taken to Kent County hospital on August 3, 06 and received 20 stitches over his left eye.

The Defendants submitted a Statement Of Undisputed Facts on November 15, 05.
They said the Plaintiff never received treatment for a knee injuries in Sept Oct Nov or December 2004.
The Plaintiff was seen by D.O.C. doctor Matola on Nov 15, 04 and was taken to Rhode Island hospital on Nov 15, 04 and had an MRI on Nov 19, 04.
The Defendants obviously are liars and Justice Lisi is aware and is down with the program.
Contrary to D.O.C. policy I was made to shower and rec with inmates at Maximum and was set up.
I was attacked and while defending myself received a large cut over my left eye.
The other inmate had two black eyes, swollen jaw and stitches to

the back of his head.
He layed unconscious and
They thought he was dead.
Mr List is more capable
than anyone.
I asked that Mr. Chief
Justice Torres do something
before I die or someone
else does-

Plaintiff Pro Se
Oliver Lynn
P.O. Box 8273
Cranston RI 02920

Certification

On this 30th day of
August 2006 the Plaintiff
mailed a hand written copy
of his objection to United
States District Court One Exchange
Terrace Providence RI 02903
and Defendants Counsel at
40 Howard Avenue Cranston RI 02920

Plaintiff Pro Se
Oliver Lynn
P.O. Box 8273
Cranston RI 02920