**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**INTER-DEPARTMENTAL MEMO**
**MAXIMUM SECURITY**

LEGAL COUNSE
AUG 3 1 2006
DEPT. OF CORRECTION

Memorandum to: Michael Grant, Deputy Chief Legal Counsel

Department: Corrections

From: James Weeden, Warden

Department: Maximum Security

Date: August 30, 2006

Subject: **Oliver Lyons Reports**

Attached you will find copies of reports concerning the 8/3/06 incident between inmates Oliver Lyons # 91073 and Irving Briggs # 69720.

You also mention the use of chemical agents in this incident. No chemical agents were disbursed. OC (oleoresin capsicum) was utilized. As described in RIDOC policy # 9.44-3 "Chemical Agents and/or OC" ; "OC is an organically-based non-lethal aerosol weapon which utilizes the oily resin of pepper to incapacitate the subject. OC is not considered a chemical agent."