United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No 05 433ML

Plaintiffs Objection To Defendants Motion For Summary Judgment

Now comes the Plaintiff in the above entitled matter and hereby objects to the Defendants motion for Summary judgment as and for the reasons proffered in the accompanying Memorandum.

Plaintiff
Oliver Lyons
P.O. Box 8273
Cranston Rhode Island
02920

Certification

The undersigned hereby certifies that on this 15th day of September 2006 I mailed true copies of the within Plaintiffs objection to the Defendants Motion For Summary Judgment and accompanying

Memorandum to the Defendants legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920 and to the United States District Court at One Exchange Terrace Providence Rhode Island 02903

Sept 15 06

Plaintiff
Oliver Lyons
P.O. Box 8273
Cranston Rhode Island
02920

United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No 05 433 ML

Memorandum

Defendants have filed with this Honorable Court a motion for Summary Judgment and also filed a Memorandum 13 pages in length. The Defendants provide information almost all false and sworn Affidavits that are false and made under penalty of perjury. The Defendants Memorandum and affidavits are about an assault that never happened, and issues not now pending before the Honorable Court. The Plaintiff denies these false allegations and Affidavits as indicated in his statement Of disputed facts, filed contemporaneously herewith. Accordingly the Plaintiff asks and

urge the Defendants' Motion be denied.

Respectfully submitted
Plaintiff

Sept 9, 06

Oliver Lyons
P.O. Box 8273
Cranston Rhode Island 02920