

United States District Court
For The District Of Rhode Island

Oliver Lyons
v
AT Wall Etal

Ca No 05 433 ML

Plaintiff's Statement Of Disputed Facts
Pursuant To Local Rule 56 a

1. In the Plaintiff's Complaint he states he was assaulted on November 15, 04

2. The Plaintiff was seen by Doctor Motola on November 15, 04 for injuries to the Plaintiff's knee. from being assaulted.
See medical document

3. The Plaintiff was transported to Rhode Island hospital on November 15, 04 for serious damage to his knee.

4. On November 19, 04 the Plaintiff had an MRI showing a new meniscal tear

 6

a complete tear of the Plaintiffs ACL ligament and damage to the lateral patellar facet cartilage.

5. The Defendants claim that at no time during September October November or December of 2004 did the Plaintiff ever tell medical staff about any knee injuries or assault nor did the Plaintiff ever receive any medical treatment for knee injuries from an assault.
see Department of Corrections medical record dated November 15 2004
see medical records from Rhode Island hospital dated November 15, 2004
see MRI done on November 19, 2004.

 7

6. The Plaintiff was never assaulted on January 4 2005, nor did he go to the hospital nor have an MRI in January on his injured knee

7. The Plaintiff has had three MRI's on his right knee and has suffered for over five years and repeatedly has had knee braces thrown away by officers and has been in need of an operation and the Plaintiff signed a contract on June 6 2005 and Dr Fadale of Rhode Island hospital was to operate. I was never taken for the operation.
See medical records

8

8. The Plaintiff was put in population at Medium Security on 8 15 05 because of his discipline free behavior and despite being still Classified High Security Seg SRP. The Plaintiff was returned to Segregation less than 3 hours later without any discipline infraction whatsoever. The next day the Plaintiff was Classified to High Security see Counselor Moretti's printout of my travel sheet and discipline history sheet.

9 The Defendants have knowingly filed sworn affidavits knowing the information is false.

10. The Plaintiff's law suit 04 380T was amended in May 2006 to six defendants yet the Defendants claim their are 40 defendants

9

11. Investigator Raymond Lawson filed an Affidavit dated May 24 2006 say he booked the Plaintiff for giving false information to correctional staff alleging Defendants in law suit 04 380 T removed medical records from his cell
This discipline infraction was dismissed and the Plaintiff was found not guilty on 10 14 05 yet investigator Lawson makes out a false Affidavit after being duly sworn.
This is perjury!

12 Affidavit of Sergio Desousarosa
There never was an assault on January 4, 2005 and he should know that you never take a High Security Segregation cuffed inmate into a recreation area of 4 uncuffed unsentenced inmates.

 

13. Affidavit of Defendant Lombardi
There never was any assault on January 4, 2005

14 Affidavit of Robert Catlow
If you look at the discipline history sheet of the Plaintiff you will see he was never given any discipline infraction for throwing urine or feces at staff or inmates.
see discipline his sheet signed by Counselor Morretti

15. The other Affidavits deal with medication showers not an issue in Complaint 05 433 ML

16. Affidavit of Stephen Boyd
Mr. Boyd submits property sheets with his Affidavit showing the Plaintiff had doctor perscribed supportive sneakers when he left Rhode Island on February 2, 2006

11

and when the Plaintiff got to New Hampshire State Prison they were gone
see attached affidavit and property sheets.
The Plaintiff has painful bone spurs and has been without footwear perscribed by Podiatrist since March 9, 2006

The Plaintiff would ask the Court why the Plaintiff Motion for Summary Judgment was not ruled on and the Defendants given leave after the close of Pretrial Order indicating discovery and motions must be filed by April 14, 06
The Defendants allege the Plaintiff was never injured on November 15, 04 nor did he receive any medical treatment yet the Plaintiff submits many medical document showing the Defendants are outright liars and are attempting to coverup now.

14

Accordingly the Plaintiffs ask that the Defendants Motion for Summary Judgment be denied.

Sept 14, 06

Plaintiff
Oliver Lyons
P.O. Box 8273
Cranston Rhode Island