United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No 05 433 ML

Plaintiff's Objection To Defendants Objection To Plaintiff's Motion For Injunctive Relief / Restraining Order

Now comes the Plaintiff in the above entitled matter and hereby objects to the Defendants objection to the Plaintiffs Motion For Injunctive Relief / Restraining Order for the following reasons and submits documents in support.

The injuries sustained by the Plaintiff on August 3, 06 could have been avoided if an Injunctive Relief / Restraining Order was granted before now.

Policy was not followed for a High Security Segregation inmate on single recreation see document. This is so I can't be set up as I was by officers and attacked by this inmate

I submit documents showing I received 20 stitches for a cut over my eye, and since August 3, 2006 I have had pain in my left thumb that is fractured and my right ring finger that is also fractured and I have been without medical treatment for 7 weeks. see documents and requests

I am also being denied my knee brace for a complete tear of my ACL ligament meniscus tear MCL and damage to my Patella.

I'm also being denied my Doctor perscribed footwear for painful bone spurs. My 6th knee brace was thrown away This was my 20th transport to outside hospitals for serious injuries Please grant me relief!

Plaintiff
Oliver Lyons

This will certify that the Plaintiff mailed a hand written copy of the Plaintiffs objection to the defendants at 40 Howard Avenue Cranston R.I. 02920 and United States District Court

Plaintiff
Oliver Lyons