**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

**v.** **C.A. No. 05 - 433 ML**

**ASHBEL T. WALL**, *et al.*

**Report and Recommendation**

Jacob Hagopian, Senior United States Magistrate Judge

Plaintiff Oliver Lyons, *pro se*, filed a Complaint pursuant to 42 U.S.C. § 1983 alleging a violation of his Constitutional rights. Plaintiff named as defendants employees or officials at the Rhode Island Department of Corrections, Adult Correctional Institutions. Currently before the Court is the motion of the plaintiff for preliminary injunctive relief. Defendants have objected thereto. This matter has been referred to me pursuant to 28 U.S.C. § 636(b)(1)(B) for a report and recommendation. For the reasons that follow, I recommend that plaintiff's motion be denied.

**Discussion**

As the party moving for preliminary injunctive relief, the plaintiff bears the burden to demonstrate (1) the potential for immediate, irreparable injury; (2) the likelihood of success on the merits of the case; (3) the relevant balance of hardships if the injunction does not issue; and (4) the effect on the public interest of a grant or denial of the motion. See Narragansett

Indian Tribe v. Guilbert, 934 F.2d 4, 5 (1st Cir. 1991). A failure to demonstrate one of the requirements necessitates a denial of the motion.

In his Complaint, plaintiff alleges a hodgepodge of allegations. The District Court dismissed a majority of the clams and a majority of defendants from the lawsuit pursuant to Fed. R. Civ. P. 12(b)(6). The only claims that remain are plaintiff's claims of retaliation by defendants Barney, Raposa, and Delaney and plaintiff's claims of an Eighth Amendment violation by defendant Lombardi. However, on October 4, 2006, I recommended that the defendants' motion for summary judgement be granted in this case on all of the remaining claims. See Dckt # 55, Report and Recommendation dated October 4, 2006 ("R&R"). For the reasons stated in the R&R, plaintiff can not demonstrate a likelihood of success on the merits of this case. Accordingly, plaintiff's motion for preliminary injunctive relief should be denied. I so recommend.

**Conclusion**

Accordingly, for the reasons set forth above, I recommend that plaintiff's motion for preliminary injunctive relief be denied. Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed.R.Civ.P. 72(b); LR Cv. 72(d). Failure to file timely, specific objections to the report constitutes waiver of both the

right to review by the district court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 (1st Cir. 1986)(per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

Jacob Hagopian
Senior United States Magistrate Judge
October 10, 2006