United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 05 433 ML

Objection To Report and Recommendation of Jacob Hagopian Senior United States Magistrate Judge.

The Plaintiff objects to Summary Judgment on the Plaintiff's Eighth Amendment Claim for the following reasons.

In the Plaintiff's Complaint he claims to have been assaulted and seriously injured on November 15, 2004

The Defendants claimed the Plaintiff was never seen by medical staff nor told medical staff he was injured in September October November or December of 2004

The Defendants were obviously

attempting to cover up the assault and serious injuries sustained by the Plaintiff.
The Plaintiff submitted medical records showing he was seen by Department of Corrections Dr Motola on November 15, 2004 and was treated and transported to Rhode Island Hospital on November 15, 2004 and taken for an MRI on November 19, 2004 showing very serious knee damage needing an operation to reconstruct his knee.
Why did medical staff and the Defendants deny all of this incriminating evidence?
The Defendants then say the Plaintiff was injured on January 4, 2005
The Plaintiff never received medical treatment for knee injuries on January 4, 2005

nor was he transported to outside hospital nor taken for an MRI on January 4 2005 The Defendants deliberately exposed the Plaintiff while cuffed and shackled in violation of policy to four uncuffed inmates on recreation. Farmer v Brennan 511 U.S 825 114 S Ct 1970 128 L2d 1994 hold prison officials is deliberately indifferent when officials know of yet disregard an excessive risk to prisoners health and safety Cortes Quinones v Jimenez Nettleship 842 F 2 D 556 558 1st Circuit 1988

Defendant Lombardi was well aware of the Plaintiff's fear of being assaulted prior to entering the recreation area of four uncuffed inmates. Defendant Lombardi was aware and had a prior knowledge that the Plaintiff was a High Security Segregation

status inmate who never take recreation with non sentenced inmates.

If the Defendants did not act with deliberate indifference and criminal recklessness then why did Defendant Lombardi and the medical staff deny I was injured seriously on November 15, 2004?

The Plaintiff's medical records clearly show there was an attempt to cover up this criminal behavior when the Defendants submitted a Statement Of Undisputed Facts saying there never was an assault on November 15, 2004 nor was the Plaintiff seen by medical staff nor transported to outside hospital nor did the Plaintiff have an MRI on November 19, 2004

Maybe Magistrate Hagopian can tell the Court of

Appeals how the Plaintiff received his serious knee injuries on November 15, 2004? If my injuries are not serious then why is the Plaintiff a cripple without a major reconstruction of his knee?

It should be noted, that Defendant Lombardi is no longer with the Department of Corrections.

Defendant Lombardi told an inmate in the very Segregation block the Plaintiff was assaulted in to hang himself "kill yourself!" The inmate repeatedly said he would kill himself and Defendant Lombardi said kill yourself and lefted the inmate in the block unattended and didn't notify a nurse, and the inmate killed himself.

Defendant Lombardi was fired and this can be confirmed.

Magistrates like Judge Hagopian are responsible for this behavior by officers like Defendant Lombardi and officers at Minimum Security who had inmates eat their feces.

The Plaintiff asks that the Defendants Motion For Summary Judgment on the Plaintiffs Eighth Amendment claim not be granted.

If Ms Justice Lisi Grants The Defendants Summary Judgment on the Plaintiff's Eighth Amendment claim would the Honorable Justice Lisi explain why the Defendants denied he was injured on November 15, 2004 and if her Honor believes the Defendants then please explain how I was injured on Nov 15, 2004 and why I was transported to Rhode Island hospital on Nov 15, 2004

Plaintiff
Oct 5, 06 Oliver Lyons
P.O. Box 8273
Cranston, Rhode Island 02903

Certification

This will certify that the Plaintiff mailed copies of his Objection To Magistrate Hagopians Report and recommendation to The Defendants Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920 and to United States District Court One Exchange Terrace Providence Rhode Island 02903

Plaintiff
Oct 5, 06 Oliver Lyons
P.O. Box 8273
Cranston, R I 02920