UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. CA 05-433 ML

A.T. WALL, et al.

MEMORANDUM AND ORDER

On October 4, 2006, United States Magistrate Judge Hagopian issued a Report and Recommendation wherein he recommends that plaintiff's motions for summary judgment be denied and defendants' motion for summary judgment be granted. Plaintiff has filed a timely objection to the Report and Recommendation. This Court has reviewed the Report and Recommendation and plaintiff's objection. The Court finds that the factual findings in the Report and Recommendation are fully supported by the record, and that the legal conclusions are consistent with well-established First Circuit precedent. Plaintiff's objection is wholly without merit.

Accordingly, this Court adopts the Report and Recommendation in its entirety. Plaintiff's motions are denied and defendants' motion for summary judgment is granted.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
October 12, 2006