UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**OLIVER LYONS**

**VS.** **C.A. NO. 05-433ML**

**ASHBEL T. WALL, II, WALTER WHITMAN, DEPUTY HILTERMAN, WARDEN MCCAULEY, DEPUTY KETTLE, OFFICER LOMBARDI, CAPTAIN CLANCY, OFFICER RAPOSA, OFFICER BARNEY, OFFICER BARTHOLOMY AND OFFICER DELANEY**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendants, Ashbel T. Wall, II, Deputy Hilterman, Warden McCauley, Deputy Kettle, Captain Clancy and Officer Bartholomy, pursuant to the Memorandum and Order dated February 3, 2006 GRANTING defendants' Motion to Dismiss.**

**Judgment shall enter for the defendants, Officer Lombardi, Officer Barney, Officer Raposa and Officer Delaney, pursuant to the Memorandum and Order dated October 12, 2006 GRANTING defendants' motion for summary judgment.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: October 13, 2006