United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No 05 433 ML

Objection To Report and Recommendation of Magistrate Jacob Hagopian dated October 10 2006 pursuant to Fed R. Civil P 72b LR Cv 72d

Under Discussion Magistrate Hagopian states and I quote
"As the party moving for preliminary injunctive relief, the plaintiff bears the burden to demonstrate 1 The potential for immediate, irreparable injury 2 The likelihood of success on the merits of the case 3 The relevant balance of hardships if the injunction does not issue and 4 the effect on the public interest of a grant or denial of the motion see Narragansett Indian Tribe v Guilbert 934 F 2nd 4 5 (1s Cir 1991) A failure to demonstrate one of the requirements necessitates a denial of the motion"

The Plaintiff can demonstrate
all of the requirements.
1 The potential for irrapable
injury
Beaten unconscious twice with
multiple cuts, bruises and two
concussions
Ribs fractured three different times
with internal bleeding from
lacerated kidneys and liver
urinating blood and bleeding
from my rectum,
Multiple facial fractures neck
injuries lacerated eye cornea
and in Trauma 1 unit for 9 hours,
Stitches to the back of my head
Tear of my ACL meniscus MCL
and damage Patelle
No operation for 5 years
On August 3, 06 20 stitches
over my left eye and
two untreated fractures
for two months I blame
the Magistrate and Ms Justice
Lisi.
Taken to Kent County hospital

2 the likihood of success on the merits of my case.
In my Complaint I state I was assaulted on Nov 15, 04 and sustain more damage to my knee.
The medical staff defendants and defendants legal Counsel stated
The Plaintiff never ask for medical treatment nor had medical treatment for knee injuries on Nov 15, 2004
I submitted D.O.C. record showing I was seen by D.O.C doctor Motola on Nov 15, 2004 Transported to Rhode Island hospital on Nov 15, 2004 and had another MRI on Nov 19,05
Please explain this Justice Lisi
Why do I have medical evidence and they don't?

3 The relevant balance if the injunction does not issue
The abuse continues so I now have 20 stitches over my left eye or should say scar now and a fractured thumb and finger
Magistrate Hagopian and Mr Justice Lest you should be paid for representing the defendants.
4 The effect on the public interest of a grant or denial of the motion
The public would not condone sadistic behavior and the spending of millions on medical bills because cowardly animals get the green light from the Court to abuse inmates
For all of the above reasons my Preliminary Injunction should have been granted long ago.

Plaintiff Pro Se
Oliver Lyons
P.O Box 8273
Cranston R.I 02920

Certification

On this 11 day of October 2006 I mailed a copy of my objection to Magistrate Hagopian Denial of my Motion for Injunctive Relief Restraining order to Defendant legal Counsel at 40 Howard Ave Cranston Rhode Island 02920 and to United States District Court One Exchange Terrace Providence Rhode Island 02903

Plantiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston, Rhode Island 02920