United States District Court
For The District Of Rhode Island

Oliver Lyon
V
A T Wall Etal

Ca No 05 433 ML

Notice of Appeal

The Plaintiff in the above entitled matter would like to Appeal Ms Justice Mary Lisi's Finding of Summary Judgment for the Defendants.

The Plaintiff would ask that all records be forwarded to the 1st Circuit Court of Appeals in Boston Mass 02210

The Plaintiff filed his law suit "informa Pauperis and forwarded documentation showing he is indigent

Plaintiff

Oct 29, 06 Oliver Lyon Pro Se
P.O. Box 8273
Cranston Rhode Island
02920

2

Certification

The Plaintiff mailed a copy of his Notice of appeal to the Defendants Legal Counsel at 40 Howard Avenue Cranston, Rhode Island 02920

Plaintiff Pro Se

October 2006 Oliver Lyons
P.O. Box 8273
Cranston RI 02920