United States District Court
For The District Of Rhode Island

Dear Mr. Chief Justice Torres

Please excuse my writing your Honor I have a fractured left thumb and right ring finger. I am laughing through the pain.

I just received Justice Lisi Memorandum and Order granting Summary Judgment to the Defendants.

I'm asking you to look at the enclosed documents and tell me Why?

I want to file an appeal but all my legal material was destroyed except for a few documents.

All my legal access is being denied and all medical treatment per Captain Ashtons orders.

In my Complaint Ca No 05 433ML
I claim I was assaulted
on November 15, 2004
The Defendants medical staff
and prison officials all denied
it ever happened.
See enclosed Defendants
Statement of Undisputed Facts
I submitted documents showing
I was seen by Dr Mottola
of the D.O.C. and transported
to Rhode Island hospital on
November 15, 2004 and had
an MRI on November 19, 2004
If you look at my Complaint
and the enclosed documents
The only conclusion is that
Ms Justice Lisi is very
corrupt or is totally blind!
My latest assault on
August 3, 2006 was also
caught on Surveillance Tape.
My 20th assault with
serious injuries.
20 stitches and two
untreated fractures.

I hope you receive this letter and enclosed documents. When my abuse is made public people like Justice Lisi will have to provide answers.
I am 56 years old and didn't deserve what has happened to me.
An animal was never so brutalized.
I still don't have polices photo's films audio tapes extraction films reports or answer to any interrogatories.
They say I self inflict then why not produce all the films cutting polices photo's reports.
Your Honor I want to appeal Justice Lisi's bias corrupt ruling that will have the public asking why? and How? could this abuse go on for over six years.
The State Police Police have threatened me and I laughed at them.

This shouldn't happen in my Country.
I'm sorry I am an American and that my father and uncle served this Country in World War II Korea Vietnam.
Silver star Bronze stars and purple hearts for a corrupt political system and judicial system.
Only in Rhode Island.
The famous Harvard Law Professor was correct Rhode Island is by far the most corrupt state in America.
We earn it!

Sincerely
Oliver Lyons
P.O. Box 8273
Cranston Rhode Island 02920