05-00433
USDC/RI
Lisi, J

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

RECEIVED
APR 13 2007
Property of U.S. District Court
District of Rhode Island

No. 06-2566

OLIVER LYONS
Plaintiff - Appellant

v.

ASHBEL T. WALL, II; WALTER WHITMAN; DEPUTY HILTERMAN;
WARDEN MCCAULEY; DEPUTY KETTLE; OFFICER LOMBARDI;
CAPTAIN CLANCY; OFFICER RAPOSA; OFFICER BARNEY;
OFFICER BARTHOLOMY; OFFICER DELANEY
Defendants - Appellees

**JUDGMENT**

ENTERED: March 19, 2007
Pursuant to 1st Cir. R. 27.0(d)

On December 15, 2006 and January 16, 2007, you were notified to either file Prison Litigation Reform Act (PLRA) Forms 1 and 2 in the Court of Appeals or to pay the docketing fees of $455.00 to the Clerk of the District Court of Rhode Island. Appellant is in default as to this order. A review of the district court docket does not reflect the payment of the docketing fees nor has this court received PLRA Forms 1 and 2.

This appeal is dismissed for lack of prosecution pursuant to Local Rule 3.0(b).

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

LM
**Deputy Clerk**

**Date:** [illegible]

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Messrs. Lyons, Grant]